IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | |
| BYJU'S ALPHA, INC.,[1] | ) ) ) | Chapter 11 |
| Debtor. | ) ) ) | Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC., | ) ) ) | Adv. Pro. Case No. 24-50013 (JTD) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CAMSHAFT CAPITAL FUND, LP, CAMSHAFT CAPITAL ADVISORS, LLC, and CAMSHAFT CAPITAL MANAGEMENT, LLC | ) ) ) ) | |
| Defendants. | ) ) | |

**GLAS TRUST COMPANY LLC'S CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel for GLAS Trust Company LLC, a nongovernmental organization seeking to intervene in the above-captioned adversary proceeding, states the following:

GLAS Trust Company LLC is a wholly-owned subsidiary of GLAS USA LLC, a business entity organized under the laws of the state of New Jersey. GLAS Trust Company LLC is not a subsidiary of any publicly held corporation.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 16192 Coastal Highway, Lewes, Delaware 19958.

4854-6254-6853.1 31581.00001

Dated: February 14, 2024
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Keane (DE Bar No. 5503) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | Richard U.S. Howell, P.C. (admitted *pro hac vice*) |
| P.O. Box 8705 | Ravi Subramanian Shankar (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 300 North LaSalle Street |
| Telephone:  (302) 652-4100 | Chicago, Illinois 60654 |
| Email:  ljones@pszjlaw.com | Telephone:  (312) 862-2000 |
|   pkeane@pszjlaw.com | Facsimile:  (312) 862-2200 |
| | Email:  patrick.nash@kirkland.com |
| **REED SMITH LLP** |   rhowell@kirkland.com |
| David A. Pisciotta (admitted *pro hac vice*) |   ravi.shankar@kirkland.com |
| Nicholas B. Vislocky (admitted *pro hac vice*) | |
| 599 Lexington Avenue, 22nd Floor | -and- |
| New York, New York 10022 | |
| Telephone:  (212) 521-5400 | Brian Schartz, P.C. (admitted *pro hac vice*) |
| Facsimile:  (212) 521-5450 | 601 Lexington Avenue |
| Email:  dpisciotta@reedsmith.com | New York, New York 10022 |
|   nvislocky@reedsmith.com | Telephone:  (212) 446-4800 |
| | Facsimile:  (212) 446-4900 |
| | Email:  brian.schartz@kirkland.com |

*Counsel to GLAS Trust Company LLC*