**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) <br> ) <br> BYJU'S ALPHA, INC.,[1] ) <br> ) <br> Debtor. ) <br> ) <br> ) <br> ) <br> _____ ) <br> ) <br> BYJU'S ALPHA, INC., ) <br>  Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAMSHAFT CAPITAL FUND, LP, ) <br> CAMSHAFT CAPITAL ADVISORS, LLC, and ) <br> CAMSHAFT CAPITAL MANAGEMENT, LLC ) <br> ) <br>  Defendants. ) <br> ) | Chapter 11 <br><br> Case No. 24-10140 (JTD) <br><br> **Ref. Docket No. 17** <br><br><br><br> Adv. Pro. Case No. 24-50013 (JTD) <br><br><br><br> **Ref. Docket No. 6** <br><br> **Hearing Date:** <br> March 6, 2024 at 3:00 p.m. (ET) <br><br> **Objection Deadline:** <br> February 28, 2024 at 4:00 p.m. (ET) |

**NOTICE OF DEBTOR'S MOTION FOR AN ORDER AUTHORIZING**
**THE FILING UNDER SEAL OF CERTAIN DOCUMENTS FILED BY THE**
**DEBTOR IN THE MAIN CHAPTER 11 AND ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that on February 2, 2024 the above-captioned debtor and debtor in possession (the "Debtor") filed the attached *Debtor's Motion for an Order Authorizing the Filing Under Seal of Certain Documents Filed by the Debtor in the Main Chapter 11 Case and Adversary Proceedings* [D.I. 17, A.D.I. 6](the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtor has extended the objection deadline listed in the Motion, and any objections or responses to the relief requested in the Motion must be filed on or before **February 28, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Motion must be served upon the undersigned proposed counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **MARCH 6, 2024 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY IN THE UNITED STATES BANKRUPTCY COURT FOR

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31303125.1

THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: February 16, 2024
    Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Jared W. Kochenash
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Proposed Counsel for Debtor, BYJU's Alpha, Inc.