# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) Adv. Pro. Case No. 24-50013 (JTD) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, and | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on February 16, 2024, counsel to the Debtor, by and through the undersigned counsel, caused (1) *Debtor BYJU's Alpha, Inc.'s First Set of Interrogatories to the Camshaft Defendants*, and (2) *Debtor BYJU's Alpha, Inc.'s First Set of Requests for Production to the Camshaft Defendants* to be served via email upon the following counsel:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

31322061.1

| | |
|---|---|
| HOGAN LOVELLS US LLP<br>Christopher R. Bryant, Esq.<br>Pieter Van Tol, Esq.<br>Elizabeth C. Carter, Esq.<br>David B. Massey, Esq.<br>Marty Steinberg, Esq<br>Email:<br>chris.bryant@hoganlovells.com;<br>pieter.vantol@hoganlovells.com;<br>elizabeth.carter@hoganlovells.com<br>david.massey@hoganlovells.com;<br>marty.steinberg@hoganlovells.com; | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Brian Schartz. Esq.<br>Andrew Townsell, Esq.<br>Claire Terry, Esq.<br>Richard U.S. Howell, Esq.<br>Ravi Subramanian Shankar, Esq<br>Christine Shang, Esq.<br>Colin B. Rathe, Esq.<br>Katie J. Welch, Esq.<br>Christine Scherer, Esq.<br>Email:<br>brian.schartz@kirkland.com;<br>andrew.townsell@kirkland.com;<br>claire.terry@kirkland.com;<br>rhowell@kirkland.com;<br>ravi.shankar@kirkland.com;<br>christine.shang@kirkland.com<br>colin.rathe@kirkland.com<br>katie.welch@kirkland.com<br>christine.scherer@kirkland.com |

Dated: February 19, 2024
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Proposed Counsel for Debtor, BYJU's Alpha, Inc.