# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU's ALPHA, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT,<br>LLC, RIJU RAVINDRAN, and<br>INSPILEARN LLC,<br><br>       Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

## RIJU RAVINDRAN'S EXHIBIT LIST FOR MARCH 6, 2024 HEARING

Defendant Riju Ravindran ("**Ravindran**") hereby discloses that he may introduce and/or reserves the right to introduce the exhibits listed below at the hearing scheduled for March 6, 2024, at 3:00 p.m. (Eastern Time) (the "**Hearing**") concerning the Debtor's Motion for Temporary Restraining Order [Adv. Pro. Case No. 24-50013, Docket No. 31].

Ravindran also reserves the right to introduce at the Hearing documents that are part of the record of the above-captioned chapter 11 case, including pleadings and other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

# EXHIBITS

Ravindran designates the following exhibits that may be admitted:

| Exhibit Number | Description |
|---|---|
| 1 | Credit and Guaranty Agreement, dated as of November 24, 2021, Between Think and Learn Private Limited, BYJU's Alpha, Inc., GLAS Trust Company LLC and Morgan Stanley Senior Funding Inc. and JPMorgan Chase Bank, N.A. |
| 2 | First Limited Waiver of Credit Agreement, dated as of April 5, 2022 |
| 3 | Notice of Appeal filed in the Supreme Court of the State of Delaware, C.A. No. 2023-0488-MTZ |
| 4 | Appellants' Opening Brief, filed on January 30, 2024 |
| 5 | Declaration of Timothy R. Pohl, Director, CEO, and Secretary of BYJU's Alpha, Inc., in Support of the Debtor's Chapter 11 Petition |
| 6 | The Time of India Article, dated March 4, 2024 |
| 7 | Telephonic Bench Ruling, dated November 2, 2023 |
| 8 | Expert Declaration of Mr. Atul Pandey Pursuant to the Delaware Unsworn Foreign Declarations Act |
| 9 | Official Statement, Legal Update on the TLB Proceedings |
| 10 | Declaration of Riju Ravindran [Adv Docket No. 59] |

| | |
|---|---|
| Dated:  March 6, 2024<br>　　　　Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Joseph B. Cicero*<br>William E. Chipman, Jr. (#3818)<br>Joseph B. Cicero (#4388)<br>Ryan M. Lindsay (#6435)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>(302) 295-0191<br><br>-and-<br><br>**KASOWITZ BENSON TORRES LLP**<br>Sheron Korpus<br>David M. Max<br>Kenneth Coleman<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br><br>*Attorneys for Riju Ravindran* |

4892-8605-3803, v. 1