IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
|            Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| BYJU'S ALPHA, INC., | ) Adv. Pro. Case No. 24-50013 (JTD) |
|            Plaintiff, | ) |
|            v. | ) |
| CAMSHAFT CAPITAL FUND, LP, CAMSHAFT CAPITAL ADVISORS, LLC, CAMSHAFT CAPITAL MANAGEMENT, LLC, RIJU RAVINDRAN, AND INSPILEARN LLC, | ) |
|            Defendants. | ) |

## SCHEDULING ORDER

Upon consideration of the *Debtor's Motion for Temporary Restraining Order* [D.I. 31] filed in the above-captioned adversary proceeding by BYJU's Alpha, Inc., *Debtor's Brief in Support of Motion for Temporary Restraining Order* [D.I. 32 (sealed); D.I. 42 (redacted)], *Camshaft Defendants' Brief in Opposition to Debtor's Motion to Temporary Restraining Order* [D.I. 57], *Memorandum of Law of Defendant Riju Ravindran in Opposition to Debtor's Motion for Temporary Restraining Order* [D.I. 58], *Intervenor GLAS Trust Company LLC's Joinder in Support of the Debtor's Motion for Temporary Restraining Order* [D.I. 60], and *Debtor's Reply*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

*Brief in Further Support of Motion for Temporary Restraining Order* [D.I. 61], and the Court having requested additional briefing at the hearing held on March 6, 2024; and the relief granted herein being in the best interests of the above captioned Debtor's estate, its creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. If any party wishes to submit additional briefing, such additional briefing must be filed no later than March 12, 2024.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: March 11th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**