# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| BYJU'S ALPHA, INC.,[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 24-10140 (JTD) |
| ) | |
| ) | |
| ) | |
| BYJU'S ALPHA, INC., ) | Adv. Pro. Case No. 24-50013 (JTD) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAMSHAFT CAPITAL FUND, LP, ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, ) | |
| RIJU RAVINDRAN, AND INSPILEARN LLC, ) | |
| ) | |
| Defendants. ) | |

## DEBTOR'S WITNESS LIST FOR MARCH 14, 2024 HEARING

The debtor and debtor in possession (the "Debtor") in this chapter 11 case hereby discloses that it intends to introduce, and/or reserves the right to introduce, the witnesses listed below at the hearing scheduled for March 14, 2024 at 10:00 a.m. (Eastern Time) concerning the Debtor's request for a preliminary injunction [Adv. Pro. Case No. 24-50013, Docket Nos. 31 and 32].

## WITNESSES

The Debtor intends to elicit testimony from the following individuals:

a. Timothy R. Pohl as Director, Chief Executive Officer, and Secretary of the Debtor. The Debtor intends to seek to re-admit the *Declaration of Timothy R. Pohl, Director, CEO,*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

*and Secretary of BYJU's Alpha, Inc., in Support of the Debtor's Chapter 11 Petition* [Case No. 24-10140, Docket No. 3], and also have Mr. Pohl be available to provide live testimony in support of the Debtor's request for injunctive relief; and

b. Riju Ravindran, former Director and Officer of the Debtor; former Manager of Inspilearn LLC, and current Director of Think and Learn Private Limited (adverse witness).

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: March 12, 2024<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>-and-<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Susheel Kirpalani (admitted *pro hac vice*)<br>Benjamin Finestone (admitted *pro hac vice*)<br>Daniel Holzman (admitted *pro hac vice*)<br>Jianjian Ye (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel.: (212) 849 7000<br>susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>jianjianye@quinnemanuel.com<br><br>*Counsel for the Debtor* |