# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,[1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU's ALPHA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT,<br>LLC, RIJU RAVINDRAN, and<br>INSPILEARN LLC,<br><br>　　　　Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

### RIJU RAVINDRAN'S WITNESS LIST FOR
### HEARING ON MARCH 14, 2024, AT 10:00 AM. (EASTERN)

Defendant Riju Ravindran ("**Ravindran**") hereby files his Witness List for Hearing scheduled for March 14, 2024, at 10:00 a.m. (Eastern Time) (the "**Hearing**") as follows:

### WITNESSES

Ravindran designates the following individuals who may be called as a witness:

　　a.　Riju Ravindran;

　　b.　Any witness listed by any other party;

　　c.　Rebuttal witnesses as necessary; and

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

- 2 -

    d.  Ravindran reserves the right to cross-examine any witness called by any other party.

## **RESERVATION OF RIGHTS**

Ravindran reserves the right to call or to introduce one or more, or none, of the witnesses listed above, and further reserves the right to supplement this list prior to the Hearing.

Dated: March 12, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

  /s/ *Joseph B. Cicero*
William E. Chipman, Jr. (#3818)
Joseph B. Cicero (#4388)
Ryan M. Lindsay (#6435)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191

-and-

**KASOWITZ BENSON TORRES LLP**
Sheron Korpus
David M. Max
Kenneth Coleman
1633 Broadway
New York, New York 10019
(212) 506-1700

*Attorneys for Riju Ravindran*