# EXHIBIT A

**Proposed Order**

\\4163-8548-8207 v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BYJU's ALPHA, INC.,[1]<br><br>                        Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC.,<br><br>                        Plaintiff,<br><br>                        v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT, LLC<br>RIJU RAVINDRAN and INSPILEARN LLC<br><br>                        Defendants. | Adv. Pro. Case No. 24-50013 (JTD)<br><br><br><br><br><br>**Related Adv. D.I.: 46, 80, 84, 99, _____** |

## ORDER GRANTING CAMSHAFT DEFENDANTS AND WILLIAM MORTON'S EMERGENCY MOTION FOR A STAY PENDING APPEAL

Upon consideration of Camshaft Capital Fund, LP (the "Camshaft Fund"), Camshaft Capital Advisors, LLC, and Camshaft Capital Management, LLC (collectively, the "Camshaft Defendants") and William Morton's (together with the Camshaft Defendants, the "Appellants") Emergency Motion for a Stay Pending Appeal of the (i) the Order on Finding of Contempt [Adv. D.I. 80] entered on March 14, 2024 in the above-captioned adversary proceeding (the "Contempt Order") and (ii) the Order Granting Debtor's Motion for a Preliminary Injunction [Adv. D.I. 84] entered on March 18, 2024 (the "PI Order"); and it appearing that the Court has jurisdiction over

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

this matter pursuant to 28 U.S.C. § 1334; and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed and considered the Motion and any responses thereto; and notice of the Motion was sufficient under the circumstances; and after due deliberation thereof;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  The Contempt Order and PI Order, insofar as it is directed at the Appellants, is stayed pending resolution of Appellants' appeal of those orders.

3.  Notwithstanding any rule to the contrary, this order shall take effect immediately upon entry.

52009678.2 03/27/2024