**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT, LLC,<br>RIJU RAVINDRAN and INSPILEARN LLC,<br><br>     Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on March 27, 2024, I caused a copy of *Camshaft Defendants and William Morton's Motion for Stay Pending Appeal of Orders on Finding of Contempt and Granting Debtor's Motion for a Preliminary Injunction* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, and via Electronic Mail on the below parties.

Robert S. Brady, Esquire
Kenneth J. Enos, Esquire
Jared W. Kochenash, Esquire
Timothy R. Powell, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

Susheel Kirpalani, Esquire
Benjamin Finestone, Esquire
Daniel Holzman, Esquire
Jianjian Ye, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

William E. Chipman, Jr., Esquire
Joseph B. Cicero, Esquire
Ryan M. Lindsay, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com
cicero@chipmanbrown.com
lindsay@chipmanbrown.com

Linda J. Casey, Esquire
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
linda.casey@usdoj.gov

Patrick J. Nash Jr., P.C.
Richard U.S. Howell, P.C.
Ravi Subramanian Shankar, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle Street
Chicago, IL 60654
patrick.nash@kirkland.com
rhowell@kirkland.com
ravi.shankar@kirkland.com

David A. Pisciotta, Esquire
Nicholas B. Vislocky, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
dpisciotta@reedsmith.com
nvislocky@reedsmith.com

Sheron Korpus, Esquire
David M. Max, Esquire
Kenneth Coleman, Esquire
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
skorpus@kasowitz.com
dmax@kasowitz.com
kcoleman@kasowitz.com

Laura Davis Jones, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
ljones@pszjlaw.com
pkeane@pszjlaw.com

Brian Schartz, P.C
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
brian.schartz@kirkland.com

**SAUL EWING LLP**

By: */s/ Evan T. Miller*

    Evan T. Miller (DE Bar No. 5364)
    1201 N. Market Street, Suite 2300
    P.O. Box 1266
    Wilmington, DE 19899
    (302) 421-6800

Dated: March 27, 2024

\\4156-0070-4591 v1