IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU's ALPHA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT,<br>LLC, RIJU RAVINDRAN, and<br>INSPILEARN LLC,<br><br>Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

## **DECLARATION OF RIJU RAVINDRAN**

I, Riju Ravindran, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Defendant in the above-captioned action.

2. I submit this Declaration in response to the Motion of Debtor for Shotening Time Regarding Motion For a Ruling to Show Cause Why Riju Ravindran Should Not Be Held in Contempt for Violating the Preliminary Injunction Order, dated March, 28, 2024.

3. I understand that the Debtor has asked the Court to direct me to attend an in-person hearing in Wilmington, Delaware, on April 9, 2024.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

4.     I live in Dubai, in the United Arab Emirates, with my elderly parents, who are both in their 70s. I am their primary caregiver.

5.     My father is currently undergoing cancer treatment, and my mother suffers from dementia.

6.     While I used to travel to India on business, those trips take only approximately three hours from Dubai, and therefore do not require long absences away from my parents. In fact, because of my personal responsibilities, I have not traveled outside of Dubai in the past 3 months. During this period, I have not even visited India, despite the fact that it is a short plane ride away.

7.     I understand that travelling to Wilmington would require a 14-hour flight to Washington, DC, and then further car or train travel, necessitating a minimum absence of two to three days from my family.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of April, 2024, in Dubai, United Arab Emirates.

_____
RIJU RAVINDRAN