**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10140 (JTD) |
| | ) |
| | ) |
| | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) Adv. Pro. Case No. 24-50013 (JTD) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) |
| RIJU RAVINDRAN and INSPILEARN LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 9, 2024 AT 10:00 A.M. (ET)**

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## ADJOURNED MATTER

1.      Camshaft's Motion to Dismiss Debtor's Chapter 11 Case [D.I. 107, 2/29/24]

---

[1]      The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

Response Deadline:   March 14, 2024 at 4:00 p.m. (ET) - Extended to March 21, 2024 at 4:00 p.m. (ET)

Responses Received:

A.      Debtor's Objection to Camshaft's Motion to Dismiss Debtor's Chapter 11 Case [D.I. 146, 3/21/24]

B.      GLAS Trust Company LLC's Joinder in Support of Debtor's Objection to Camshaft's Motion to Dismiss Debtor's Chapter 11 Case [D.I. 147, 3/21/24]

Status: This matter is adjourned to a date to be determined.

## MATTERS GOING FORWARD

2.      Camshaft Defendants and William Morton's Motion for Stay Pending Appeal of Orders on Finding of Contempt and Granting Debtor's' Motion for a Preliminary Injunction [D.I. 100, 3/28/24]

Related Documents:

A.      Order Granting Motion to Shorten Time [D.I. 104, 3/28/24]

Response Deadline:  April 5, 2024 at 5:00 p.m. (ET)

Responses Received:

Status:  The Debtor intends to file a response by the response deadline. This matter is going forward.

3.      Debtor's Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [D.I. 105, 3/29/24 (sealed)]

Related Documents:

A.      Motion of Debtor for Shortening Time Regarding Motion for A Ruling to Show Cause Why Riju Ravindran Should Not be Held in Contempt for Violating the Preliminary Injunction Order [D.I. 107, 4/ /24]

Response Deadline to Motion to Shorten:  April 3, 2024 at 4:30 p.m. (ET)

Responses Received:

B.      Letter to Hon. John T. Dorsey from Sheron Korpus on behalf of Riju Ravindran [D.I. 110, 3/29/24]

C.      Limited Objection of Defendant Riju Ravindran to Motion of Debtor for Shortening Time Regarding Motion for A Ruling to Show Cause Why Riju Ravindran Should

Not be Held in Contempt for Violating the Preliminary Injunction Order [D.I. 113, 4/3/24]

Status:  This matter is going forward as a status conference.

Dated: April 5, 2024
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted *pro hac vice*)
Benjamin Finestone (admitted *pro hac vice*)
Daniel Holzman (admitted *pro hac vice*)
Jianjian Ye (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Counsel for Debtor, BYJU's Alpha, Inc.