# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.[1]<br>      Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT, LLC<br>RIJU RAVINDRAN and INSPILEARN LLC<br><br>      Defendants. | Adv. Pro. Case No. 24-50013 (JTD)<br><br>**Related Adv. D.I.: 80, 84, 99, 100, 118, 131** |

### ORDER DENYING CAMSHAFT DEFENDANTS AND WILLIAM MORTON'S MOTION FOR A STAY PENDING APPEAL

Upon consideration of Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, and Camshaft Capital Management, LLC (collectively, the "Camshaft Defendants") and William Morton's (together with the Camshaft Defendants, the "Movants") *Motion for Stay Pending Appeal* of the (i) the *Order on Finding of Contempt* [Adv. D.I. 80] entered on March 14, 2024 in the above-captioned adversary proceeding (the "Contempt Order") and (ii) the *Order Granting Debtor's Motion for a Preliminary Injunction* [Adv. D.I. 84] entered on March 18, 2024 (the "PI

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

\\4161-2040-5071  v1

Order");[2] and the objection of the Debtor and GLAS Trust Company LLC thereto [Adv. D.I. 118], and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and a hearing having been held on April 9, 2024 (the "<u>Hearing</u>"); the Court having reviewed and considered the Motion and any responses thereto and all evidence offered at the Hearing; and notice of the Motion being sufficient under the circumstances; and after due deliberation thereof;

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED for the reasons set forth on the record at the Hearing.

2. Notwithstanding any rule to the contrary, this order shall take effect immediately upon entry.

**Dated: April 16th, 2024**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] On April 3, 2024, pursuant to Local Rule 8003-2, the Court issued the Memorandum Opinion [Adv. D.I. 115] in connection with the Contempt Order and PI Order.