# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BYJU's ALPHA, INC., <br><br>                              Debtor. | Chapter 11 <br><br> Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC., <br><br>                             Plaintiff, <br><br>      v. <br><br> CAMSHAFT CAPITAL FUND, LP, <br> CAMSHAFT CAPITAL ADVISORS, LLC, <br> CAMSHAFT CAPITAL MANAGEMENT, LLC, <br> RIJU RAVINDRAN and INSPILEARN LLC, <br><br>                             Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

**NOTICE OF SERVICE OF CAMSHAFT DEFENDANTS'**
**<u>RULE 26(a)(1) INITIAL DISCLOSURES</u>**

PLEASE TAKE NOTICE that on April 18, 2024, Defendants Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC (collectively, "the <u>Camshaft Defendants</u>"), caused *Camshaft Defendants' Rule 26(a)(1) Initial Disclosures* to be served via Electronic Mail upon the persons listed on the Service List attached hereto.

*[signature page follows]*

Dated: April 19, 2024
       Wilmington, DE

HOGAN LOVELLS US LLP
Pieter Van Tol (admitted *pro hac vice*)
Christopher R. Bryant (admitted *pro hac vice*)
Elizabeth Carter (admitted *pro hac vice*)
390 Madison Avenue
New York, NY 10017
Tel: (212) 918-3000
Email: pieter.vantol@hoganlovells.com
       chris.bryant@hoganlovells.com
       elizabeth.carter@hoganlovells.com

and

HOGAN LOVELLS US LLP
David Massey (*admitted pro hac vice*)
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Tel: (305) 459-6500
Email: david.massey@hoganlovells.com

SAUL EWING LLP

*/s/ Evan T. Miller*

Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Tel: (302) 421-6864
Email: evan.miller@saul.com

and

SAUL EWING LLP
Turner N. Falk (admitted *pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Tel: (215) 972-7777
Email: turner.falk@saul.com

*Counsel for Camshaft Defendants*

**SERVICE LIST**

| | |
|---|---|
| Robert S. Brady, Esquire<br>Kenneth J. Enos, Esquire<br>Jared W. Kochenash, Esquire<br>Timothy R. Powell, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com | Susheel Kirpalani, Esquire<br>Benjamin Finestone, Esquire<br>Daniel Holzman, Esquire<br>Jianjian Ye, Esquire<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com<br>benjaminfinestone@quinnemanuel.com<br>danielholzman@quinnemanuel.com<br>jianjianye@quinnemanuel.com |
| William E. Chipman, Jr., Esquire<br>Joseph B. Cicero, Esquire<br>Ryan M. Lindsay, Esquire<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>chipman@chipmanbrown.com<br>cicero@chipmanbrown.com<br>lindsay@chipmanbrown.com | Sheron Korpus, Esquire<br>David M. Max, Esquire<br>Kenneth Coleman, Esquire<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019<br>skorpus@kasowitz.com<br>dmax@kasowitz.com<br>kcoleman@kasowitz.com |
| Linda J. Casey, Esquire<br>Office of United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>linda.casey@usdoj.gov | Laura Davis Jones, Esquire<br>Peter J. Keane, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>pkeane@pszjlaw.com |
| Patrick J. Nash Jr., P.C.<br>Richard U.S. Howell, P.C.<br>Ravi Subramanian Shankar, Esquire<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>patrick.nash@kirkland.com<br>rhowell@kirkland.com<br>ravi.shankar@kirkland.com<br>David A. Pisciotta, Esquire<br>Nicholas B. Vislocky, Esquire<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>dpisciotta@reedsmith.com<br>nvislocky@reedsmith.com | Brian Schartz, P.C<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>brian.schartz@kirkland.com |

\\4165-3718-7145  v1