# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BYJU's ALPHA, INC.,[1]<br>Debtor. | Chapter 11<br>Case No. 24-10140 (JTD) |
| BYJU's ALPHA, INC.,<br>Plaintiff,<br>v.<br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT,<br>LLC, RIJU RAVINDRAN, and<br>INSPILEARN LLC,<br>Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

## RIJU RAVINDRAN'S WITNESS LIST FOR
## HEARING ON MAY 21, 2024, AT 10:00 AM. (EASTERN)

Defendant Riju Ravindran ("**Ravindran**") hereby files his Witness List for Hearing scheduled for May 21, 2024, at 10:00 a.m. (Eastern Time) (the "**Hearing**") as follows:

### WITNESSES

Ravindran designates the following individuals who may be called as a witness:

a. Riju Ravindran (appearing alone via Zoom from his home office in Dubai, United Arab Emirates, as permitted by the Court). As set forth in the Debtor's Notice of Agenda, Ravindran will be proffering the following declarations as his direct testimony: (i) Declaration of Riju Ravindran, dated March 21, 2024

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

[A.D.I. 91]; (ii) Supplemental Declaration of Riju Ravindran, dated April 8, 2024 [A.D.I. 121]; (iii) Declaration of Riju Ravindran with Exhibits A through F, dated May 9, 2024 [A.D.I. 183]; and (iv) Exhibits to Objection of Riju Ravindran to Debtor's Motion for a Ruling to Show Cause Why Riju Ravindran Should Not Be Held in Contempt for Violating the Preliminary Injunction Order, dated May 14, 2024 [A.D.I. 187]. Mr. Ravindran will have copies of the declarations with him for ease of reference, should such a reference become necessary. The Debtor and GLAS Trust Company, LLC may seek to cross-examine Mr. Ravindran.

b. Any witness listed by any other party;

c. Rebuttal witnesses as necessary; and

d. Ravindran reserves the right to cross-examine any witness called by any other party.

## RESERVATION OF RIGHTS

Ravindran reserves the right to call or to introduce one or more, or none, of the witnesses listed above, and further reserves the right to supplement this list prior to the Hearing.

| | |
|---|---|
| Dated: May 19, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Joseph B. Cicero*<br>William E. Chipman, Jr. (#3818)<br>Joseph B. Cicero (#4388)<br>Ryan M. Lindsay (#6435)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>(302) 295-0191<br><br>-and-<br><br>**KASOWITZ BENSON TORRES LLP**<br>Sheron Korpus<br>David M. Max<br>Kenneth Coleman<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700<br><br>*Attorneys for Riju Ravindran* |

4893-8399-1488, v. 1