IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 24-10140 (JTD) |
| BYJU'S ALPHA, INC.,<br><br>                       Plaintiff,<br><br>       v.<br><br>CAMSHAFT CAPITAL FUND, LP,<br>CAMSHAFT CAPITAL ADVISORS, LLC,<br>CAMSHAFT CAPITAL MANAGEMENT, LLC,<br>RIJU RAVINDRAN, INSPILEARN LLC and<br>THINK AND LEARN PRIVATE LIMITED<br><br>                       Defendants. | Adv. Pro. Case No. 24-50013 (JTD) |

**CERTIFICATE OF SERVICE**

      I, Evan T. Miller, hereby certify that on June 10, 2024, I caused a copy of the *Declaration of William C. Morton* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, and via Electronic Mail on the parties on the attached service list.

                                      **SAUL EWING LLP**

                                      By: */s/ Evan T. Miller*
                                            Evan T. Miller (DE Bar No. 5364)
                                            1201 N. Market Street, Suite 2300
                                            P.O. Box 1266
                                            Wilmington, DE 19899
                                            (302) 421-6800

Dated: June 10, 2024

## SERVICE LIST

Robert S. Brady, Esquire
Kenneth J. Enos, Esquire
Jared W. Kochenash, Esquire
Timothy R. Powell, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

William E. Chipman, Jr., Esquire
Joseph B. Cicero, Esquire
Ryan M. Lindsay, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com
cicero@chipmanbrown.com
lindsay@chipmanbrown.com

Linda J. Casey, Esquire
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
linda.casey@usdoj.gov

Patrick J. Nash Jr., P.C.
Richard U.S. Howell, P.C.
Ravi Subramanian Shankar, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle Street
Chicago, IL 60654
patrick.nash@kirkland.com
rhowell@kirkland.com
ravi.shankar@kirkland.com

David A. Pisciotta, Esquire
Nicholas B. Vislocky, Esquire
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
dpisciotta@reedsmith.com
nvislocky@reedsmith.com

Susheel Kirpalani, Esquire
Benjamin Finestone, Esquire
Daniel Holzman, Esquire
Jianjian Ye, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

Sheron Korpus, Esquire
David M. Max, Esquire
Kenneth Coleman, Esquire
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
skorpus@kasowitz.com
dmax@kasowitz.com
kcoleman@kasowitz.com

Laura Davis Jones, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
ljones@pszjlaw.com
pkeane@pszjlaw.com

Brian Schartz, P.C
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022
brian.schartz@kirkland.com