# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU's ALPHA, INC.,[1]<br><br>    Debtor. | Chapter 11<br><br>Bankruptcy Case No. 24-10140 (JTD)<br>Adv. Pro. Case No. 24-50013 (JTD)<br>Bankruptcy BAP No. 24-15 |
| CAMSHAFT CAPITAL FUND, LP, *et al.*<br><br>    Defendant-Appellants,<br><br>    v.<br><br>BYJU's Alpha, Inc.<br><br>    Plaintiff-Appellee,<br><br>GLAS Trust Company LLC,<br><br>    Intervenor-Appellee. | Case No. 24-00358 (MN)<br>(Consolidated) |

### APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND THE STATEMENT OF THE ISSUES

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Defendant-Appellant Riju Ravindran ("**Ravindran**" or "**Appellant**"), by and through his undersigned counsel, hereby submits this statement of issues and designations of items to be included in Appellant's appeal of) the *Order on Finding of Contempt* [Adv. Docket No. 204] entered on May 28, 2024 (the "**Contempt Order**"), including, without limitation, any and all orders, judgments, decrees, decisions, rulings, and opinions that may subsequently be entered regarding the Contempt Order.

---

[1]     The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

## DESGINATION OF THE RECORD ON APPEAL[2]

The Appellant designates the following items to be included in the record on appeal:

| | *BYJU's Alpha, Inc. v. Camshaft Fund, LP, et al.*, Adv. No. 24-50013 (Bankr. D. Del) (JTD) | | |
|---|---|---|---|
| **ITEM NO.** | **FILING DATE** | **ADV. DOCKET NO.** | **PLEADING** |
| 1 | February 2, 2024 | 5 | Complaint for Avoidance and Recovery of Fraudulent Transfers (with Exhibits) |
| 2 | February 9, 2024 | 7 | Emergency Motion of Debtor for Limited Expedited Discovery, or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination (with Exhibits) |
| 3 | February 9, 2024 | 8 | Motion of Debtor for Shortening Notice and Scheduling Expedited Hearing on Debtor's Motion for Expedited Discovery, or Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination (with Exhibits) |
| 4 | February 12, 2024 | 10 | Amended Objection of Defendants to Motion of Debtor for Shortening Notice and Scheduling Expedited Hearing on Debtor's Motion for Expedited Discovery or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination (with Exhibits A and B) |
| 5 | February 13, 2024 | 11 | Order Granting Motion of Debtor for Shortening Notice and Scheduling Expedited Hearing on Debtor's Motion for Expedited Discovery, or, Alternatively for an Order Pursuant to Bankruptcy Rule 2004 |
| 6 | February 16, 2024 | 21 | Minute Entry granting Debtor's Emergency Motion for Expedited Discovery |
| 7 | February 16, 2024 | 22 | Order Granting Debtor's Emergency Motion for Limited Expedited Discovery or, Alternatively, for an Order Pursuant to Bankruptcy Rule 2004 Authorizing Examination |
| 8 | February 29, 2024 | 40 | *Amended* Complaint for Avoidance and Recovery of Fraudulent Transfers (with Exhibits) [SEALED Adv. Docket No. 30] |

---

[2] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, all documents admitted into evidence.

| *BYJU's Alpha, Inc. v. Camshaft Fund, LP, et al.*, Adv. No. 24-50013 (Bankr. D. Del) (JTD) |
|---|---|---|---|
| **ITEM NO.** | **FILING DATE** | **ADV. DOCKET NO.** | **PLEADING** |
| 9 | February 29, 2024 | 41 | Debtor's Motion for Temporary Restraining Order |
| 10 | February 29, 2024 | 42 | Debtor's Brief in Support of Motion for Temporary Restraining Order |
| 11 | March 4, 2024 | 54 | Minute Entry: Status Conference Held |
| 12 | March 4, 2024 | 56 | Order to Show Cause |
| 13 | March 5, 2024 | 58 | Memorandum of Law of Defendant Riju Ravindran in Opposition to Debtor's Motion for Temporary Restraining Order |
| 14 | March 5, 2024 | 59 | Declaration of Riju Ravindran |
| 15 | March 6, 2024 | 60 | Intervenor GLAS Trust Company LLC's Joinder in Support of the Debtor's Motion for Temporary Restraining Order |
| 16 | March 6, 2024 | 61 | Debtor's Brief in Further Support of Motion for Temporary Restraining Order |
| 17 | March 12, 2024 | 73 | The Debtor's and GLAS Trust Company's Supplemental Brief Regarding Grupo Mexicano and Preliminary Injunctive Relief |
| 18 | March 12, 2024 | 74 | *Supplemental* Memorandum of Law of Defendant Riju Ravindran in Opposition to Debtor's Motion for Temporary Restraining Order |
| 19 | March 18, 2024 | 84 | Order Granting Debtor's Motion for a Preliminary Injunction |
| 20 | March 21, 2024 | 91 | Certification of Counsel and Declaration of Riju Ravindran |
| 21 | March 26, 2024 | 93 | Notice of Appeal of Defendant Riju Ravindran to the United States District Court for the District of Delaware |
| 22 | March 29, 2024 | 109 | Debtor's Motion for a Ruling to Show Cause Why Riju Ravindran Should Not Be Held in Contempt for Violating the Preliminary Injunction Order |

4883-4577-4020, v. 2

| *BYJU's Alpha, Inc. v. Camshaft Fund, LP, et al.*, Adv. No. 24-50013 (Bankr. D. Del) (JTD) |
|---|---|---|---|
| ITEM NO. | FILING DATE | ADV. DOCKET NO. | PLEADING |
| 22 | April 3, 2024 | 115 | Memorandum Opinion |
| 23 | April 8, 2024 | 121 | *Supplemental* Certification of Counsel and Declaration of Riju Ravindran |
| 24 | April 8, 2024 | 123 | Debtor's Motion for Leave to File a Second Amended Complaint [SEALED Adv. Docket No. 120] |
| 25 | April 8, 2024 | 129 | Defendant Riju Ravindran's Answer to *Amended* Complaint for Avoidance and Recovery of Fraudulent Transfers, Breach of Fiduciary Duties, and Violation of Automatic Stay [SEALED Adv. Docket No. 124] |
| 26 | April 23, 2024 | 149 | Order Granting Plaintiff Leave to File *Second Amended* Complaint |
| 27 | April 24, 2024 | 153 | *Second Amended* Complaint for Avoidance and Recovery of Fraudulent Transfers, Breach of Fiduciary Duties, Aiding and Abetting Breach of Fiduciary Duties, Accounting, Declaratory Judgment, Turnover of Property, Conversion, and Violation of Automatic Stay (with Exhibits) [SEALED Adv. Docket No. 151] |
| 28 | May 2, 2024 | 165 | Order to Show Cause |
| 29 | May 8, 2024 | 184 | Defendant Riju Ravindran's Answer to *Second Amended* Complaint [SEALED Adv. Docket No. 179] |
| 30 | May 10, 2024 | 185 | Declaration of Riju Ravindran (with exhibits) [SEALED Adv. Docket No. 183] |
| 31 | May 14, 2024 | 187 | Objection of Riju Ravindran to Debtor's Motion for a Ruling to Show Cause Why Riju Ravindran Should Not Be Held in Contempt for Violating the Preliminary Injunction Order |
| 32 | May 24, 2024 | 202 | Debtor's Reply in Further Support of Motion for a Ruling to Show Cause Why Riju Ravindran Should Not Be Held in Contempt for Violating the Preliminary Injunction Order [SEALED Adv. Docket No. 189] |
| 33 | May 28, 2024 | 204 | Order on Finding of Contempt |

| | *BYJU's Alpha, Inc. v. Camshaft Fund, LP, et al.*, Adv. No. 24-50013 (Bankr. D. Del) (JTD) | | |
|---|---|---|---|
| ITEM NO. | FILING DATE | ADV. DOCKET NO. | PLEADING |
| 34 | May 30, 2024 | 219 | Notice of Appeal of Defendant Riju Ravindran to the United States District Court for the District of Delaware |

| | *In re BYJU's Alpha, Inc.*, Case No. 24-10140 (Bankr. D. Del) (JTD) | | |
|---|---|---|---|
| ITEM NO. | FILING DATE | ADV. DOCKET NO. | PLEADING |
| 1 | March 5, 2024 | 128 | Transcript of Hearing Held March 1, 2024 |
| 2 | March 5, 2024 | 129 | Transcript of Hearing Held March 4, 2024 |
| 3 | March 8, 2024 | 139 | Transcript of Hearing Held March 6, 2024 |
| 4 | March 18, 2024 | 145 | Transcript of Hearing Held March 14, 2024 |
| 5 | May 28, 2024 | 206 | Transcript of Hearing Held on May 21, 2024 |

### STATEMENT OF THE ISSUES ON APPEAL[3]

1. Did the Bankruptcy Court err in issuing the Contempt Order by holding Ravindran in civil contempt for failing to comply with the Court's Order Granting Debtor's Motion for a Preliminary Injunction, dated March 18, 2024 [Adv. Docket No. 84] ("**P.I. Order**") because the P.I. Order included mandatory relief against Ravindran despite also finding that the standard for a mandatory injunction had not been satisfied?

---

[3] Defined terms carry the meaning ascribed to them in the corresponding decision or order from which appealed.

4883-4577-4020, v. 2

2. Did the Bankruptcy Court err in issuing the Contempt Order by concluding that Ravindran did not take all necessary steps to determine the location, amount, and composition of the Alpha Funds?

3. Did the Bankruptcy Court err in issuing the Contempt Order because it included broad and full discovery into Ravindran's financial situation?

4. Did the Bankruptcy Court err in issuing the Contempt Order by ordering that Ravindran is precluded from asserting that the Alpha Funds were transferred from the Debtor to Camshaft Capital Fund LP, and subsequently from Camshaft Capital Fund LP to Inspilearn LLC, for a proper purpose?

Dated: June 13, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Joseph B. Cicero*
William E. Chipman, Jr. (No. 3818)
Joseph B. Cicero (No. 4388)
Ryan M. Lindsay (No. 6435)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:  chipman@chipmanbrown.com
           cicero@chipmanbrown.com
           lindsay@chipmanbrown.com

-and-

**KASOWITZ BENSON TORRES LLP**
Sheron Korpus
David M. Max
Kenneth Coleman
1633 Broadway
New York, New York 10019
Telephone:    (212) 506-1700
Email:  skorpus@kasowitz.com
           dmax@kasowitz.com
           kcoleman@kasowitz.com

*Attorneys for Riju Ravindran*

4883-4577-4020, v. 2

# EMAIL SERVICE LIST

**COUNSEL FOR DEBTOR:**

Robert S. Brady, Esquire
Kenneth J. Enos, Esquire
Jared W. Kochenash, Esquire
Timothy R. Powell, Esquire
*Young Conaway Stargatt & Taylor, LLP*
Email:  rbrady@ycst.com
           kenos@ycst.com
           jkochenash@ycst.com
           tpowell@ycst.com

Susheel Kirpalani, Esquire
Benjamin Finestone, Esquire
Daniel Holzman, Esquire
Jianjian Ye, Esquire
*Quinn Emanuel Urquhart & Sullivan, LLP*
Email:  susheelkirpalani@quinnemanuel.com
           benjaminfinestone@quinnemanuel.com
           danielholzman@quinnemanuel.com
           jianjianye@quinnemanuel.com

**COUNSEL FOR CAMSHAFT CAPITAL FUND, LP**

Evan T. Miller, Esquire
*Saul Ewing LLP*
Email:  evan.miller@saul.com

Turner N. Falk, Esquire
*Saul Ewing LLP*
Email:  turner.falk@saul.com

Pieter Van Tol, Esquire
Christopher R. Bryant, Esquire
Elizabeth C. Carter, Esquire
*Hogan Lovells US LLP*
Email:  Pieter.vantol@hoganlovells.com
           Chris.bryant@hoganlovells.com
           Elizabeth.carter@hoganlovells.com

David Massey, Esquire
*Hogan Lovells US LLP*
Email:  David.massey@hoganlovells.com

**COUNSEL FOR GLAS TRUST COMPANY LLC**

Laura Davis Jones, Esquire
Peter J. Keane, Esquire
*Pachulski Stang Ziehl & Jones LLP*
Email:  ljones@pszjlaw.com
           pkeane@pszjlaw.com

David A. Pisciott, Esquire
Nicholas B. Vislocky, Esquire
*Reed Smith LLP*
Email:  dpisciotta@reedsmith.com
           nvislocky@reedsmith.com

Patrick J. Nash, Jr., P.C.
Richard U.S. Howell, P.C.
Ravi Subramanian Shankar, Esquire
*Kirkland & Ellis LLP*
*Kirkland & Ellis International LLP*
Email:  patrick.nash@kirkland.com
           rhowell@kirkland.com
           ravi.shankar@kirkland.com

Brian Schartz, P.C.
*Kirkland & Ellis LLP*
*Kirkland & Ellis International LLP*
Email:  brian.schartz@kirkland.com