## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (JTD) |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | Adv. Pro. Case No. 24-50013 (JTD) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAMSHAFT CAPITAL FUND, LP, | ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, and | ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) | |
| THINK & LEARN PRIVATE LTD., | ) | **Ref. Adv. D.I. 186, 229 and 256** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER REGARDING (I) THE DEBTOR'S AND GLAS TRUST COMPANY LLC'S MOTION FOR SANCTIONS AGAINST THE CAMSHAFT DEFENDANTS AND (II) CAMSHAFT DEFENDANTS AND MR. MORTON'S MOTION TO VACATE CONTEMPT ORDER AND REMIT FINES

Upon consideration of the (i) *Debtor's and GLAS Trust Company LLC's Motion for Sanctions Against the Camshaft Defendants* [Adv. D.I. 186] and (ii) *Camshaft Defendants and Mr. Morton's Motion to Vacate Contempt Order and Remit Fines* [Adv. D.I. 229] (together, the "Motions") along with the exhibits thereto, any responses or replies filed or argument heard in connection therewith; and the Court having entered its *Order Lifting Civil Contempt Bench Warrant and Writ of Bodily Attachment and Order of Civil Commitment for Contempt for William*

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260).  The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

*Cameron Morton* [Adv. D.I. 256] (the "Order Amending the Contempt Order"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motions being sufficient under the circumstances; the Court hereby orders that the Motions are granted in part and denied in part as set forth below, or, in the Order Amending the Contempt Order:

1.      As agreed upon by the parties, the Order Amending the Contempt Order shall be amended to provide that: (a) Mr. Morton is to attend a deposition upon oral examination on June 27, 2024, at the Debtor's counsel Quinn Emanuel Urquhart & Sullivan, LLP's New York office at 51 Madison Avenue, 22nd Floor New York, New York 10010; and (b) the Camshaft Defendants shall complete their responses to the discovery requests that are the subject of the Contempt Order on a rolling basis, but no later than June 19, 2024 at 11:59 p.m. (ET).  All of the terms, conditions and provisions of the Order Amending the Contempt Order shall otherwise remain in full force and effect.

2.      Except as otherwise set forth herein, or in the Order Amending the Contempt Order, the Motions are denied.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

_____
**Dated: June 18th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

31756888.2

2