**CHIPMAN BROWN CICERO & COLE**

DELAWARE | NEW YORK

CHIPMAN BROWN CICERO & COLE, LLP
HERCULES PLAZA
1313 N. MARKET STREET, SUITE 5400
WILMINGTON, DELAWARE 19801
WWW.CHIPMANBROWN.COM

JOSEPH B. CICERO
(302) 468-4592
CICERO@CHIPMANBROWN.COM

October 9, 2024

**VIA EMAIL**

The Honorable John T. Dorsey
Chief Judge
*United States Bankruptcy Court*
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

    Re: BYJU's Alpha, Inc. v. Camshaft Capital Fund, LP, *et al.*
       Adv. Case No. 24-50013 (JTD)

Dear Chief Judge Dorsey:

  We represent Defendant Riju Ravindran in the above-captioned matter.

  We were provided by counsel for Byju Raveendran, the brother of Mr. Ravindran, with an affidavit that he has prepared in support of Mr. Ravindran's opposition to Plaintiffs' motion for partial summary judgment. We do not represent Byju Raveendran and were not involved in the preparation of the affidavit.

  Nonetheless, at the request of our client Mr. Ravindran, we are submitting this affidavit, together with its attachments, to the Court. Following our inquiry into whether we were permitted to file the documents publicly or under seal, we received instructions enabling us to file early this morning.

  Byju Raveendran has indicated that he is prepared to sit for a deposition in this matter, and to attend the hearing today (by remote link) and to answer any questions the Court may have.

        Respectfully submitted,

        */s/ Joseph B. Cicero*

        Joseph B. Cicero

Encls.