# **<u>EXHIBIT 1</u>**



# BYJU's and Churchill Partnership Proposal
November 2021

Strictly Private and Confidential

**CHURCHILL** CAPITAL

 

*Video Password: mkln2102*

# BYJU's and Churchill Partnership Framework

| Transaction Objectives | Churchill Proposal |
|---|---|
| *Provide Substantial Capital to Pursue Growth* | **~$4.0+ billion of primary cash proceeds delivered via:**<br>- $1.38 billion of Churchill Capital VII cash in trust<br>- $2.00 – $2.60+ billion PIPE, which will be anchored by Churchill and its core investors<br><br>Churchill is unique in that we invest directly in our IPOs and place approximately half of the shares of our companies to a small group of investors that have the ability to pre-commit to supporting the closing of a transaction<br><br>Therefore, at announcement of the merger BYJU's will be public with certainty of close |
| *Deliver a Premium Valuation* | Churchill merger provides immediate credentialized access to the public markets that will be critical to achieving a premium valuation for BYJU's unique value creation opportunity<br><br>Pro Forma Enterprise Value of circa $40.5 – $48.0 billion at announcement<br>- Implies 13.5 – 16.0x FY 2023 revenue of $3.0 billion<br>- Reflects a premium to all recent EdTech IPOs |
| *Long-term Focus with Alignment of Interests* | Founder shares subject to 18-month lockup (six months longer than existing shareholders)<br><br>Churchill has historically unvested founder shares directly owned by the sponsor and committed to performance-based vesting typically at a 25 – 50% premium to the transaction price in order to align our incentives with the company and public investors |
| *Commitment to Support Important BYJU's Stakeholders* | Churchill is eager to support and expand BYJU's Education for All initiative<br><br>Attractive equity incentive plan to be designed to reward BYJU's employees and enable the company to continue to attract top-tier talent to support growth |

**CHURCHILL** CAPITAL

# Designing A Successful IPO For BYJU's

## Today's Discussion Agenda



**Partnership**
- Churchill is a value-added capital markets partner with a proven track record of creating leading public companies
- Churchill is a thought leader in education with deep domain expertise and unmatched relationships

**Positioning**
- Category leader delivering hypergrowth at scale in the most attractive B2C education markets globally
- Cohesive high impact learning platforms powered by proprietary content, media, and technology

**Valuation**
- Premium valuation to precedent EdTech IPOs driven by BYJU's differentiated TAM and unique growth opportunity
- *Churchill partnership validates forecast and value*

**Certainty**
- Churchill provides a differentiated IPO vehicle with certainty and deep access to capital
- Unique opportunity to redirect investor profits in Lucid towards BYJU's to raise $3.5-4.0+ billion in growth capital

4

**CHURCHILL** CAPITAL

# Churchill: The Leader In Listed Equity Growth Vehicles

**A Unique Model,** partnering a preeminent advisory firm with proven shareholder value creation leaders and financial partners to create **the first GP team focused purely on public equity vehicles**

**Creating Value By Leveraging The Active Engagement Of 20 High Performing Fortune 500 Executives** to invest, execute value enhancement strategies and operate Churchill's businesses in the public market

**Complementary Strategic and Financial Partners,** including Strategic Consultants & Leading IR / PR Firm; substantial increase in technology and international operating partners

**Eight Vehicles Raised, Five Transactions Closed –** unparalleled track record with $7.5B IPO Capital in total raised and $4.1B of Invested Capital; which has grown to a high value of $20.2B (314% return), currently valued at $13.3B (222% return)[1]

## CHURCHILL CAPITAL

**A Pioneer in Public Equity Vehicles for Scale Investments,** with a unique investor aligned structure, and the first to have the sponsor team consistently invest at a higher price than public shareholders

**Track Record of Acquiring Proven, Profitable, Growing Businesses Of Scale –** Churchill-initiated vehicles have ~$103B of TEV with two companies in excess of $800M in annual Adj. EBITDA

**A Competitive Edge In Global Sourcing,** leveraging our CEO partners and broad network in order to source exclusive transactions in attractive sectors and geographies

**The Demonstrated Best Partner For Prospective Targets,** providing immediate credentialized access to long-term public capital, flexible structures and proven public company operating executives

Source: FactSet. Market data as of 11/8/21.
(1)   Transactions closed includes GCM Grosvenor. IPO capital invested and returns excludes GCM Grosvenor.

CHURCHILL CAPITAL

# Churchill Has Created Significant Value for Its Shareholders

Through the execution of our unique partner-led strategy, we have created significant and sustained value to our shareholders, having raised $7.5B of total IPO capital and deploying $4.6B to date.

Return on IPO Capital



Source: FactSet. Market Data as of 11/8/21.
Note: Total value and returns on invested capital include vehicles that have announced or closed transactions (CCI, CCII, CCIII, CCIV).

CHURCHILL CAPITAL

# A Powerful Partnership To Advance Education

### Churchill will accelerate BYJU's route to market and create maximum investor focus on the company



**Right Venue**

- A US listing is the optimal venue for BYJU's given depth of the equity capital markets and premium multiple investors place on high-growth technology and EdTech platforms
- An initial listing in the US via Churchill will position BYJU's to capture a premium multiple if it pursues a subsequent listing in India
- US markets have a strong set of purpose-driven, long-term investors that will set the foundation for BYJU's core investor base

**Right Format**

- Churchill is the optimal path to the public markets for BYJU's given the ability to articulate and credentialize the forward earnings trajectory, PF business and future M&A opportunity
- Core investors affiliated / involved with Churchill allow BYJU's to curate its investor list

**Right Timing**

- A Churchill merger enables BYJU's to capitalize on the momentum in the business and current investor enthusiasm for EdTech opportunities by enabling the company to be publicly traded via Churchill in the US in the immediate-term
- Closing of the transaction in early 2022 is well-timed to provide BYJU's with new capital to direct towards continued organic investment and M&A

**Right Partner**

- Churchill and our other partners are aligned to BYJU's mission and can help crystalize the goal of changing and improving education in order to deliver systemic change and greater equality in educational outcomes
- Churchill provides a dedicated, effectively in-house capital markets partner to guide management through marketing, announcement, close and beyond and is fully aligned with management to help the company realize its fullest valuation
- Operating Partners such as Sam Altman, Imran Khan, Cyma Zarghami, Bill Veghte and Sir Jony Ive (among others) can provide valuable insights around AI deployment and content localization, developing high global-impact platforms, and unified product strategies
- Churchill can also assist in bringing additional support to BYJU's M&A path (particularly with additional scaling in the US), entering new markets with lower penetration today such as Southeast Asia and the Middle East (given the global reach of our core partners) and guiding development of key business functions to drive strategic resource allocation as BYJU's becomes a one-of-a-kind public company

**CHURCHILL** CAPITAL

# Churchill Brings Expertise To Accelerate BYJU's Mission

**Churchill is a differentiated IPO vehicle with deep experience in education technology and value-added Operating Partners with proven public markets expertise to support management in pursuit of its long-term mission**

**EdTech Thought Leader with Unmatched Public Company Expertise**

- Churchill and our core partners, including the Emerson Collective, have a long-term mind-set with a key focus on delivering systemic change and improving outcomes, including within education, for all stakeholders

- Deep bench of executives committed to the thesis of successfully integrating offline and online learning modalities and in investing in platforms that can leverage data and best practices to scale

- Churchill Operating Partners bring to bear a unique compilation of expertise across software, AI capabilities, media and content creation, public company strategic transformation, and readiness that will accelerate BYJU's reach and success

- Added expertise developing M&A paths, assisting with new market entrance, enabling AI, and strategic resource allocation

*Leading EdTech Investors with a Mission Aligned Focus on Delivering Improved Outcomes*
Churchill and its core partners have invested significantly in the EdTech space and believe strongly in its criticality to improving our global education system



*Leading EdTech Knowledge*
Deep experience in education technology, brand strategy, and competitive moat development

*Deep Bench Of Operating Partners with Unique Insights*
Extensive experience navigating transformational change within hyper-growth companies, development of childhood programming and content, and product design

*AI Thought Leader & High Impact Platform Builder*
Access to OpenAI platform to turbo-charge BYJU's development/continuous improvement and insight from former President of Windows

*Public Company Readiness & Internet Sell-Side Experts*
Established track record navigating go public processes and former leading Internet Analyst/strategy executive

8

**CHURCHILL** CAPITAL

# Churchill's Ecosystem Includes EdTech Thought Leaders

Churchill's core partners have deep EdTech experience and the right mission alignment to support BYJU's disruption of the global EdTech market – our expertise will ensure BYJU's public debut is high-impact and successful




| | M. Klein & Company / CHURCHILL CAPITAL | Emerson Collective |
|---|---|---|
| **Mission** | • M. Klein and Company is a global strategic advisor to senior executives and directors at top Fortune 500 companies, private equity firms and sovereign wealth funds | • Emerson Collective is a leading global impact investing, philanthropy, and advocacy organization<br>• Focus on creating systemic change in education, immigration, climate, and cancer research and treatment |
| **Churchill Relationship** | • Michael Klein, CEO and Founder of Churchill Capital, is the Founder of M. Klein and Company<br>• M.Klein teams collaborate on all Churchill transactions | • Emerson is a founding Churchill investor<br>• Deep connectivity with founder; M. Klein has advised on various acquisitions / philanthropic ventures for the organization |
| **Select EdTech Experience** |   |  <br>   |

**Deep Relationships with Education Thought Leaders**



**Karen Mills**
Senior Fellow,
Harvard Business School

Former Administrator,
US Small Business
Administration



**Larry Summers**
Former President,
Harvard University

Former Director,
National Economic Council

Former Treasury Secretary,
Clinton Administration



**Arne Duncan**
Managing Partner,
Emerson Collective

Former Secretary of Education,
Obama Administration

CHURCHILL CAPITAL

# BYJU's Highly Compelling Investment Thesis

## BYJU's represents a one-of-a-kind opportunity to invest in the global democratization of education

| | Investment Thesis | | Churchill Perspectives |
|---|---|---|---|
| 1 | **Delivers Positive Social Change** | • Offerings focused on improving student outcomes and overall access to effective education resources for learners globally<br>• 92% of users report improvement in grades<br>• Variety of different price points including: $10/month apps, class packages from $40/class to enable optimal access to a wide population of students | • Clear mission alignment that Churchill can help articulate for investors and accelerate |
| 2 | **Attacking Massive TAM Ripe for Continued Disruption** | • At intersection of $3.7T global K-12 Ed and ~$100B EdTech markets[1]<br>• Attractive macro tailwinds driven by digitization trends and rising middle/upper class with EdTech expected to grow ~20%+ for foreseeable future[1]<br>• Need and demand for supplemental EdTech offerings are increasing rapidly as formative methods create dispersion in student outcomes | • Long runway for organic growth via continued penetration in core markets and geographic expansion |
| 3 | **Undisputed Market Leader with Scalable Platform** | • 6.5mm paid users, $1.2B run-rate revenue compares favorably to largest public EdTech players (Chegg ~$800mm) / much smaller direct competitors<br>• Mix of one-to-many and personalized learning enabled using data science via a flexible, subscription model lend well to continued scaling to $7Bn+ revenue business by FY26 | • Scale and continued above-market growth warrants premium valuation |
| 4 | **Network Effects + Data Create Superior Efficacy and a Deep Moat** | • Flywheel of content, media, and tech creates extremely high engagement products which drive better student outcomes and retention<br>• Best rated app in India with >10mm downloads, 85% renewal rate (best-in-class for B2C consumer apps), 92% of users report improvement in grades, and ~71 minutes a day of usage | • Efficacy creates high retention which improves revenue visibility and profitability which deserves premium valuation |
| 5 | **Best-in-Class B2C Unit Economics** | • ~8x LTV/CAC vs. ~2-3x for other B2C EdTech<br>• Profitable growth to date offers potential to increase S&M in order to accelerate growth trends | • Allows company flexibility to manage growth/profitability as it scales |
| 6 | **Ready to Deliver Continued Margin Expansion** | • Profitable with path to ~40% margin in FY2026<br>• Hyper-growth with attractive LTV/CAC and strong retention delivers great operational leverage given portable content while M&A provides synergies and potentially replaces R&D spend for product building | • Proof of cash flow generation at scale will be critical to sustaining premium multiple |
| 7 | **Fragmented Landscape Offers Continued Inorganic Opportunities** | • Tactical acquisition strategy complements organic growth<br>• Track record of successful M&A deploying >$2.5B over 15+ acquisitions<br>• Highly fragmented K-12 landscape offers potential to continue product and geographic expansions with immediate scale market entrance | • Ability to gain credit for M&A machine in valuation<br>• Churchill track record will help articulate the M&A opportunity |

Note: figures are estimates based on research.
(1)    McKinsey estimates.

**CHURCHILL** CAPITAL

# BYJU's Public Market Positioning Themes

Public positioning of BYJU's must simplify the power of the platform and logic of the portfolio

**Delivering hypergrowth at scale in the most attractive B2C education markets globally**



**Sustained hypergrowth with market leading profitability**
**+**
**continued strategic M&A to enhance our global impact**

**High impact asynchronous and synchronous learning platforms powered by proprietary content, media, and technology**

**Purpose-built platform leveraging power brands in India to unlock opportunity in global markets**

**CHURCHILL CAPITAL**

# BYJU's Delivers Hypergrowth By Targeting Large Markets

BYJU's built the India EdTech category and has strategically grown internationally

 **Our Position**

| BYJU's is delivering consistent hypergrowth at scale... | ...addressing the most attractive B2C EdTech markets globally |



**BYJU's Revenue Trajectory ($bn)**
*Pro Forma For Acquisitions*

**Ed Tech B2C Market Potential by Country ($bn)**

BYJU's is currently targeting countries with over **$325 billion** of total B2C market potential

Substantial **headroom for growth** in these countries

Attractive opportunity for **geographic expansion**

Sources: BYJU's financial model, McKinsey

**CHURCHILL** CAPITAL

# BYJU's Is Unlocking India's EdTech Potential

## Growth sustained by #1 market positions and a growing addressable user base

 **Our Position**

---

*BYJU's leads in online education and test preparation in India…*

*…and will benefit from a growing base of addressable paid users*

| Market Segment | Core BYJU's Products | Expected Market Growth |
|---|---|---|

| Expected Addressable User Base Growth |
|---|



**Online Education**

BYJU'S The Learning App
#1 Market Position

WhiteHat Jr

G Great Learning

$Bn *Illustrative*

CAGR

20%
18%
21%

3.9
1.6

2020    2025

■ K-12  ■ Higher Education

**Test Preparation**

Aakash
BYJU'S
#1 Market Position

$Bn *Illustrative*

CAGR

14%
14%
24%

15.1
7.8

2020    2025

■ Online  ■ Offline

*BYJU's to accelerate omni-channel growth*

### Indian Households > $7,500 Annual Income



**2016**

**64 Million**

**2025**
**110 Million**

*Implications for BYJU's: significant scope for penetration and growth relative to 6.5 million paid users today*

Sources: McKinsey

**CHURCHILL** CAPITAL

# BYJU's Delivers A Content-Rich, Engaging Experience

Proprietary content packaged in engaging formats delivered via scalable technology platforms

 Our Product



**India**    **International**

## Proprietary Content
*STEM*
*Coding*
*Arts*
*Reading*
*Test Preparation*

## Engaging Formats
*App-based*
*Movies for Learning*
*Gamified Simulations*
*Live 1-on-1*
*In-Person*

## Scalable Technology
*Personalized Learning Paths*

*Online to Compliment Offline*

*Data-Driven Product Management / Development*

**Asynchronous** ↕ **Synchronous**

*Omni-channel growth strategy leveraging App expertise*

*Customer funnel to Live 1-on-1 learning format*

**Best-in-Class Product Metrics – Learning App**

| 95mm | Downloads | 6.5mm | Paid Users | 71 min | Average Daily Use | 85% | Annual Renewal |

✓ K-12 Focus

**CHURCHILL CAPITAL**

# Leading Brands Meeting Global Opportunity

Purpose-built platform leveraging power brands in India to unlock opportunity in global markets

 **Our Platform**



**Platform Synergies**
Content
Media
Technology
Talent

**India Power Brands**

K-12 — BYJU'S The Learning App — #1 Market Position

8-12+ — Aakash +BYJU'S ✓ — #1 Market Position

Higher Ed — Great Learning ✓

**Live 1-on-1**

Tutor Funnel

WhiteHat Jr ✓ — BYJU'S FUTURE SCHOOL

Learner Funnel

**International Verticals**

BYJU'S Learning

Osmo ✓ — PreK

Tynker ✓ — K-12

epic! — K-12

**Platform Opportunities**
Marketing Efficiencies
Cross-Selling
New Markets

✓ Strategic Acquisition

15

**CHURCHILL** CAPITAL

# Sustained Hypergrowth With Market Leading Profitability

## Platform firing on all cylinders with meaningful further upside

 **Our Plan**

### Pro Forma Revenue
($ in bn)



### % Contribution of Total PF Revenue

| | FY2021A | FY2022E | FY2023E | FY2024E | FY2025E | FY2026E |
|---|---|---|---|---|---|---|
| App | 57% | 54% | 55% | 49% | 45% | 42% |
| Osmo | 11% | 10% | 8% | 7% | 7% | 7% |
| Live 1on1 | 8% | 15% | 17% | 20% | 22% | 22% |
| Aakash | 14% | 10% | 10% | 13% | 15% | 18% |
| Great Learning | 5% | 5% | 5% | 6% | 6% | 6% |
| Epic | 5% | 5% | 5% | 5% | 5% | 4% |

### Pro Forma EBITDA
($ in bn)



### % PF Margin by Product

| | FY2021A | FY2022E | FY2023E | FY2024E | FY2025E | FY2026E |
|---|---|---|---|---|---|---|
| App | 16% | 25% | 36% | 38% | 40% | 41% |
| Osmo | (23%) | (2%) | 6% | 18% | 24% | 30% |
| Live 1on1 | (177%) | (13%) | 3% | 21% | 26% | 32% |
| Aakash | 9% | 18% | 28% | 35% | 43% | 49% |
| Great Learning | (11%) | 2% | 6% | 11% | 15% | 19% |
| Epic | (5%) | (6%) | 2% | 10% | 18% | 26% |
| Total EBITDA | (7%) | 13% | 24% | 30% | 34% | 38% |

Source: Management estimates.
Note: Assumes INR/USD = 73. EBITDA excludes product development cost.
(1)    Pro forma for all acquisitions. Reported financials assume Live 1 on 1 acquisition consolidated in FY2021, Aakash consolidated in FY2022, and EPIC & Great Learning consolidated in FY2023.

16

**CHURCHILL** CAPITAL

# Putting BYJU's Valuation Into Context For IPO Investors

The near-term dollar pro forma revenue and EBITDA growth BYJU's will deliver outpaces all core public comparable EdTech companies…combined!



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **FY21 Rev.** | $2,208mm | $964mm[1] | **FY21 EBITDA** | $230mm | ($63)mm[1] | | 9.4x |
| **FY23 Rev.** | $3,372mm | $3,006mm | **FY23 EBITDA** | $666mm | $718mm | **FY23 Rev. Multiple** | *NA/EU EdTech Median Peer Multiple* | 15.0x+ |
| **CAGR** | 24% | 77% | **CAGR** | 70% | n.m. | | |

Note: "FY" for BYJU's and comps pertains to FYE March. Assumes INR/USD = 73. EBITDA excludes product development cost.
Source: Management estimates. FactSet as of 11/8/21.
(1)    FY21 pro forma for Aakash, Great Learning, and Epic.

17

**CHURCHILL CAPITAL**

# BYJU's Public Market Valuation Framework

**Factoring in current capital market conditions and information provided to date, we believe the market could value a publicly traded BYJU's at circa $40.5 – $48.0bn with the ability to trade higher in the near-term**

## Valuation Approach

- Due to BYJU's unique financial profile, Churchill focused on a **variety of analyses and data points to derive valuation expectations** that public investors will point to, including:

  - **Diverse universe of comparable companies** including, but not limited to NA/EU EdTech (with specific focus on high-growth names), category-leading D2C apps, and category-leading software

  - **Buyside / sellside broker valuation approaches** to high-growth, high-margin businesses today

  - **Illustrative return-on-capital**, inclusive of expected valuation methodologies for BYJU's upon an assumed five-year hold

- We believe investors will focus on unique features of BYJU's business model such as **extraordinary underlying organic growth, attractive run-rate margins, integration/cross-sell of acquisitions, and achievability of sales efficiencies** when determining an appropriate valuation

- It will be important for BYJU's and Churchill to be **thoughtful about the guidance on growth and margin that we present to investors**, as forecasting visible and achievable profitability and top-line metrics are **key to a sustained premium valuation level**

- BYJU's **growth-at-scale creates a unique dynamic of creating more value than the rest of the investable peer set** combined, which Churchill believes will be tremendously compelling to public investors

- Based primarily on FY2023E and FY2024E management revenue metrics and taking into consideration margin expansion that delivers meaningful cash flow over time, we believe **the market could value a publicly traded BYJU's at circa $40.5 – $48.0 billion of total enterprise value** at the close of a transaction with Churchill

## Dimensions of Value

**① Recent EdTech IPOs**

- Recent EdTech IPOs have experienced meaningful volatility; through credentializing the business plan, **Churchill intends to close the first-day arbitrage gap** observed in recent high-growth IPOs to maximize value for BYJU's founders and existing investors

**② IPO Value vs. Spot**

- Trading dynamics for high-growth companies with low floats and low volume can result in volatile stock price performance and, at times, **result in elevated trading multiples relative to where capital would form for similar companies in an IPO context**

**③ Evolution of Valuation Metrics**

- As BYJU's continues to grow at scale, **investors will increasingly look towards steady state profitability and cash generation to support their valuation views**; giving investors dependability with respect to not only profitability metrics but also top-line metrics will be paramount to **garner a sustained premium valuation**

**④ Investment Returns**

- Investors will look at **BYJU's steady state financial profile after an assumed 5-year investment to judge prudent valuation levels today**; Churchill believes that based on the financial profile put forth, BYJU's will continue to merit a sustained premium valuation over the coming years

# Dimensions of Value: EdTech IPOs and Spot Trading

| | ① IPO Date | '22E / '23E Listing Sales Multiple | First Day Trading | Comparison to BYJU | ② IPO Value vs. Spot (TEV / NTM Revenue) |
|---|---|---|---|---|---|



**coursera**

3/31/2021 — 10.2x / 8.1x — +36.4%

- ▲ Benefitting from digitization tailwinds in education
- ▲ Markets believes runway for 25%+ organic growth
- ▼ Smaller scale, focused on smaller Higher Ed TAM
- ▼ MOOC biz model dependent on university content
- ▼ Lower GM's/higher R&D shows no clear path to profitability

Chart: 13.0x → 9.9x (31-Mar to 31-Oct)

**duolingo**

7/27/2021 — 13.4x / 10.5x — +36.3%

- ▲ Visionary founder with compelling story / content
- ▲ Online D2C model focused on non-core learning
- ▲ Best-in-class unit economics with scalability
- ▲ Freemium model with strong conversion
- ▼ Much smaller TAM and resulting scale even with 30%+ growth
- ▼ No profitability today, but achievable path with >70% GMs

Chart: 15.3x → 24.1x (27-Jul to 31-Oct)

**INSTRUCTURE**

7/21/2021 — 7.3x / 6.6x — +4.9%

- ▲ Successfully expanded market exposure outside of its core into K12
- ▲ Has utilized smaller acquisitions to expand breadth
- ▼ Highly profitable, but penetration and lack of investment in S&M results in ~10% growth
- ▼ Meaningfully smaller TAM without clear path to broadening limits growth potential
- ▼ Lack of focus on content development

Chart: 7.7x → 9.6x (21-Jul to 31-Oct)

**PowerSchool**

7/27/2021 — 7.4x / 6.7x — +0.8%

- ▲ Focused on K12 market
- ▲ Strategic rationale to M&A strategy in adjacencies
- ▼ Significant profitability today capped at ~30% margin given lack of further sales efficiencies selling to school districts
- ▼ Back-end focus with sales motion focused on school districts (more B2B like)
- ▼ Lack of focus on content development

Chart: 7.9x → 10.5x (28-Jul to 1-Nov)

**Udemy**

10/29/2021 — 7.3x / 5.3x — (5.2%)

- ▲ Large online consumer business
- ▲ Strong content generation engine
- ▼ Consumer biz lacks growth & has poor unit economics
- ▼ Enterprise business has strong unit economics, but different business model than BYJU's
- ▼ Content focused on upskilling/reskilling for adults

Chart: 6.2x → 5.7x (29-Oct to 7-Nov)

Source: FactSet as of 11/8/21, Broker research.
Note: Highly illustrative Udemy revenue estimates based on an illustrative 25% growth rate in 2021, 20% growth rate, and 15% growth rate in 2023.

**CHURCHILL CAPITAL**

# Dimensions of Value: Metric Evolution and Investor Returns

As BYJU's continues to grow at scale, investors will increasingly look towards steady state profitability and cash generation as support for valuation views and Churchill believes BYJU's will merit a sustained premium valuation

## ③ Evolution of Valuation Metrics



"Combining **~27% operating margins in 2020** (which we expect to expand to 41.5% in CY26) and a durable **25%+ revenue growth** underscores Chegg as a unique asset, underpriced versus peers. Our price target of $115 implies **16x EV/CY22 Sales** or 0.63x EV/S/Growth, in line with the SaaS peer average despite significantly better op margins"

*Morgan Stanley, 8/10/2021*

"However, **little confidence in the trajectory** back to 20% growth following the expectations reset keeps us on the sidelines, given the uncertainty around the contribution from various factors. $53 implies an **EV/CY23 Sales multiple of 7.3x**"

*Morgan Stanley, 11/2/2021*



"We see Netflix generating a **'21-'26 revenue CAGR of ~14%** (driven by a mix of ~10% subscriber growth & ~4% ARPU growth) **and a 2026 EBIT margin of 33.6%** (vs. 18.3% in '20) as improving operating leverage (driven by scale) and rate of change on cash content investments slow… **25x EV/GAAP EBITDA** (or 0.9x EV/EBITDA-to-growth) **applied to our 2023 estimates.**"

*Goldman Sachs, 10/12/2021*



"Dynatrace has built a durable and balanced business model which we forecast has the ability to generate subscription **revenue growth at 30%+ over the long term,** in our view, with potential for **unlevered FCF margins at 30%+,** well above the average Rule of 40. We believe this is attainable given the company's current ~$1bn in revenue scale vs **addressing a $50bn+ market** …We use **17x Q5-Q8 EV/Sales** (unchanged), and 62x Q5-Q8 EV/uFCF (unchanged)."

*Goldman Sachs, 10/12/2021*

"We continue to believe Bentley is a **longer-term ~10% top-line grower** (7-8% organic + 1-2% M&A) with steady 100bps EBITDA margin expansion. We reiterate our Neutral rating and $57 12-month price target. At $71, **Bentley trades at 22x our C22E revs** ($1,110mn vs FactSet consensus at $1,088mn)…"

*Goldman Sachs, 10/12/2021*

## ④ Investment Returns (5-Year Investment) [1]
($ in mm)

| | Entry | 8.0x | 10.0x | 12.0x | 13.5x | 15.0x | 20.0x |
|---|---|---|---|---|---|---|---|
| | |  1-Year Forward Revenue Multiple | | | | | |
| *Implied EBITDA Multiple* | | *21.2x* | *26.5x* | *31.7x* | *35.7x* | *39.7x* | *52.9x* |
| Firm Value | $45,000 | $76,096 | $95,095 | $114,114 | $128,379 | $142,643 | $190,191 |
| (+) Net Cash | 3,764 | 11,238 | 11,238 | 11,238 | 11,238 | 11,238 | 11,238 |
| Equity Value | $48,764 | $87,314 | $106,333 | $125,352 | $139,617 | $153,881 | $201,429 |
| MOIC | | 1.8x | 2.2x | 2.6x | 2.9x | 3.2x | 4.1x |
| IRR | | 12.3% | 16.9% | 20.8% | 23.4% | 25.8% | 32.8% |

| Entry Val. ($bn) | 8.0x | 10.0x | 12.0x | 13.5x | 15.0x |
|---|---|---|---|---|---|
| |  Exit 1-Year Forward Revenue Multiple | | | | | |
| $35.0 | 17.6% / 2.3x | 22.3% / 2.7x | 26.4% / 3.2x | 29.2% / 3.6x | 31.7% / 4.0x |
| $40.0 | 14.8% / 2.0x | 19.4% / 2.4x | 23.4% / 2.9x | 26.1% / 3.2x | 28.6% / 3.5x |
| $45.0 | 12.3% / 1.8x | 16.9% / 2.2x | **20.8% / 2.6x** | 23.4% / 2.9x | 25.8% / 3.2x |
| $55.0 | 8.2% / 1.5x | 12.6% / 1.8x | 16.4% / 2.1x | 18.9% / 2.4x | 21.2% / 2.6x |
| $65.0 | 4.9% / 1.3x | 9.1% / 1.5x | 12.8% / 1.8x | 15.2% / 2.0x | 17.5% / 2.2x |

| '22 - '28. Rev CAGR | 8.0x | 10.0x | 12.0x | 13.5x | 15.0x |
|---|---|---|---|---|---|
| |  Exit 1-Year Forward Revenue Multiple | | | | | |
| 15.0% | (1.6%) / 0.9x | 1.8% / 1.1x | 4.8% / 1.3x | 6.9% / 1.4x | 8.8% / 1.5x |
| 20.0% | 2.3% / 1.1x | 6.1% / 1.3x | 9.4% / 1.6x | 11.6% / 1.7x | 13.7% / 1.9x |
| 25.0% | 6.5% / 1.4x | 10.6% / 1.7x | 14.1% / 1.9x | 16.5% / 2.1x | 18.7% / 2.4x |
| 31.8% | 12.3% / 1.8x | 16.9% / 2.2x | **20.8% / 2.6x** | 23.4% / 2.9x | 25.8% / 3.2x |
| 35.0% | 15.2% / 2.0x | 20.0% / 2.5x | 24.0% / 2.9x | 26.7% / 3.3x | 29.3% / 3.6x |

Source: Broker Research. Note: Churchill extrapolations derived by assuming revenue growth of 20% in FY27 and 15% in FY28 and flat-lined EBITDA margins through FY26 – FY28. EBITDA excludes product development cost.
(1) Highly illustrative operating and exit assumptions. Returns exclude M&A; embedded in returns includes $11bn of cash and $3.4bn of primary funds.

**CHURCHILL** CAPITAL

# BYJU's Illustrative IPO Valuation Matrix

Churchill believes BYJU's should achieve a premium valuation to precedent EdTech IPOs driven by its differentiated TAM and unique growth opportunity – Churchill partnership will validate the forecast for investors and value

*($ in mm)*

| | Metric | Latest Private Round Valuation $22,000 | Total Enterprise Value | | | | |
|---|---|---|---|---|---|---|---|
| | | | $35,000 | $40,000 | $45,000 | $48,000 | $50,000 |
| **FY2023E PF Revenue** | **$3,007** | **7.3x** | **11.6x** | **13.3x** 13.4x *Listing '22E* | **15.0x** | **16.0x** | **16.6x** |
| *% Prem. / (Disc.) to High-Growth NA/EU EdTech* [1] | 12.0x | *(39.0%)* | *(3.0%)* | *10.9%* | *24.7%* | *33.1%* | *38.6%* |
| *% Prem. / (Disc.) to Total NA/EU EdTech* | 9.4x | *(21.8%)* | *24.4%* | *42.2%* | *60.0%* | *70.7%* | *77.8%* |
| *% Prem. / (Disc.) to Category-Leading D2C Apps* | 11.6x | *(36.7%)* | *0.7%* | *15.1%* | *29.5%* | *38.1%* | *43.8%* |
| *% Prem. / (Disc.) to Category-Leading Growth Software* | 17.5x | *(58.1%)* | *(33.4%)* | *(23.8%)* | *(14.3%)* | *(8.6%)* | *(4.8%)* |
| **FY2024E PF Revenue** | **$4,290** | **5.1x** | **8.2x** | **9.3x** | **10.5x** | **11.2x** | **11.7x** |
| *% Prem. / (Disc.) to High-Growth NA/EU EdTech* [1] | 9.3x | *(44.7%)* | *(12.1%)* | *0.5%* | *13.0%* | *20.6%* | *25.6%* |
| *% Prem. / (Disc.) to Total NA/EU EdTech* | 8.2x | *(37.6%)* | *(0.8%)* | *13.4%* | *27.6%* | *36.1%* | *41.7%* |
| *% Prem. / (Disc.) to Category-Leading D2C Apps* | 9.6x | *(46.3%)* | *(14.6%)* | *(2.4%)* | *9.8%* | *17.1%* | *21.9%* |
| *% Prem. / (Disc.) to Category-Leading Growth Software* | 13.6x | *(62.2%)* | *(39.8%)* | *(31.2%)* | *(22.7%)* | *(17.5%)* | *(14.1%)* |

duolingo

Note: "FY" for BYJU's and comps pertains to FYE March. Assumes INR/USD = 73.
Source: Management forecast. FactSet as of 11/8/21.
(1) Includes Duolingo, Kahoot, Docebo, Coursera, and Nerdy due to '21E – '23E Revenue CAGR being greater than 25.0%.

**CHURCHILL** CAPITAL

# Illustrative Transaction Summary – $45 Billion Firm Value

## Key Transaction Assumptions

- Illustrative transaction close 3/31/2022
- Assumes pre-money valuation of $44.6bn
- Assumes existing net cash of $534mm
- Illustrative total cash injection of ~$3.4bn comprised of:
  - $1,380mm SPAC cash in trust
  - $2,000mm PIPE assumed (can be upsized)
- 25% of founder promote vests and at close
- $150mm estimated fees & expenses
- Assumes no redemptions by existing SPAC shareholders
- No secondary proceeds assumed

## Illustrative Sources and Uses
($ in mm)

| Sources | | |
|---|---|---|
| | $ | % |
| Equity Issued to Existing S/H | $45,126 | 93.0% |
| Churchill Cash in Trust[1] | $1,380 | 2.8% |
| Common Equity PIPE | $2,000 | 4.1% |
| **Total Sources** | **$48,506** | **100.0%** |

$2.0 – 2.6+ billion available

| Uses | | |
|---|---|---|
| | $ | % |
| Common Equity Issued to Existing S/H | $45,126 | 93.0% |
| Cash Issued to Existing S/H | $ -- | -- % |
| Cash to Balance Sheet | $3,230 | 6.7% |
| Estimated Fees & Expenses | $150 | 0.3% |
| **Total Uses** | **$48,506** | **100.0%** |

## Pro Forma Equity Ownership

| Shareholders | Day 1 Ownership | | Incl. Revested Promote | |
|---|---|---|---|---|
| | Shares | % | Shares | % |
| Founder Shares[2] | 25.9 | 0.5% | 34.5 | 0.7% |
| Public Shares | 138.0 | 2.8% | 138.0 | 2.8% |
| **Churchill SPAC** | **163.9** | **3.4%** | **172.5** | **3.5%** |
| Existing S/H | 4,512.6 | 92.5% | 4,512.6 | 92.4% |
| Common Equity PIPE | 200.0 | 4.1% | 200.0 | 4.1% |
| **Total Shares Outstanding** | **4,876.4** | **100.0%** | **4,885.1** | **100.0%** |

## Pro Forma Valuation
($ in mm, except per share price)

| | |
|---|---|
| Churchill Illustrative Share Price | $10.00 |
| (x) Total Shares (Day 1 Ownership) | 4,876.4 |
| **Common Equity Value** | **$48,764** |
| (+) Pro Forma Debt | $0 |
| (-) Pro Forma Cash | ($3,764) |
| **Pro Forma Firm Value** | **$45,000** |

| Firm Valuation Metric | $ | x |
|---|---|---|
| FY2022E Revenue | $1,816.1 | 24.8x |
| FY2023E Revenue | $3,006.5 | 15.0x |
| FY2023E EBITDA | $718.2 | 62.7x |

Note: "FY" for BYJU's and comps pertains to FYE March. Assumes INR/USD = 73. EBITDA excludes product development cost.
Source: Management projections. Based on Management Case.
(1) Assumes no redemptions. (2) Excludes the impact of warrants, assumes portion of founder shares unvest at close.

**CHURCHILL** CAPITAL

# Churchill Transactions Have Full Certainty

Churchill's unique combination of committed investors, deep access to additional capital, and a proven marketing playbook enables us to provide our transaction counterparties a highly impactful public debut



- Churchill IPOs are placed with a small group of core investors and as a result Churchill VII **core investors hold ~75% of CVII's $1.38bn cash in trust**

- Churchill investors are committed to our transactions with over **95% of the capital raised being held through closing**

- Proven ability to secure **non-redemption commitments and indications** (over 70% of shareholders in Churchill Capital III signed agreements to support our Multiplan deal)

- **Churchill has raised over $5.6bn in private capital** in support of our last three acquisitions due to our large group of financial partners and committed equity providers, including the Emerson Collective and Prosus

- **Oak Hill Advisors and Magnetar Capital** are leading alternative investment firms with approximately $45+ billion and $11.2 billion under management, respectively, and are both members of the Churchill investment committee

- **We treat our transactions as IPOs** and apply a rigorous marketing effort pre and post announcement

- **Wall-cross all Churchill IPO investors** for non-redemption indications or commitments and **wall-cross new investors** to purchase a PIPE or simply to educate them so they are the most knowledgeable potential buyers at launch

- **Fully-orchestrated transaction launch** and intensive marketing effort through close

**CHURCHILL** CAPITAL

# Churchill Investors Are Committed To Our Franchise

Certainty

**Churchill has relationships with well-established investors with substantial AUMs and has received investments from them across each of its vehicles**

## Churchill VII Core Investors Hold Nearly 75% of CVII's $1.38bn Cash in Trust

| Account Name | Allocation | Value ($ in mm) | % of Total Cash in Trust | Cumulative Value ($ in mm) | Churchill Capital Corp Holders | | |
|---|---|---|---|---|---|---|---|
| | | | | | CCIII | CCIV | CCV |
| Magnetar | 11,000,000 | $110 | 8.0% | $110 | ✓ | ✓ | ✓ |
| Blackstone | 7,500,000 | $75 | 5.4% | $185 | ✓ | ✓ | ✓ |
| Millennium | 7,500,000 | $75 | 5.4% | $260 | ✓ | ✓ | ✓ |
| Wellington | 7,500,000 | $75 | 5.4% | $335 | | ✓ | |
| Arena Capital | 6,000,000 | $60 | 4.3% | $395 | | | ✓ |
| WCH | 5,500,000 | $55 | 4.0% | $450 | | | ✓ |
| Bluecrest | 4,000,000 | $40 | 2.9% | $490 | ✓ | ✓ | ✓ |
| Schonfeld | 4,000,000 | $40 | 2.9% | $530 | ✓ | ✓ | ✓ |
| Alyeska | 3,000,000 | $30 | 2.2% | $560 | ✓ | ✓ | ✓ |
| Empyrean | 3,000,000 | $30 | 2.2% | $590 | | | ✓ |
| Ghisallo | 3,000,000 | $30 | 2.2% | $620 | | | ✓ |
| Linden | 3,000,000 | $30 | 2.2% | $650 | ✓ | ✓ | ✓ |
| MM | 3,000,000 | $30 | 2.2% | $680 | ✓ | ✓ | ✓ |
| PIMCO | 3,000,000 | $30 | 2.2% | $710 | | ✓ | |
| Peak 6 | 3,000,000 | $30 | 2.2% | $740 | | | ✓ |
| Soroban | 3,000,000 | $30 | 2.2% | $770 | | | |
| Alberta | 2,500,000 | $25 | 1.8% | $795 | ✓ | ✓ | ✓ |
| Balyasny | 2,500,000 | $25 | 1.8% | $820 | | ✓ | ✓ |
| PSP | 2,500,000 | $25 | 1.8% | $845 | | ✓ | |
| Aviv | 2,000,000 | $20 | 1.4% | $865 | | | |
| Moore | 2,000,000 | $20 | 1.4% | $885 | ✓ | ✓ | ✓ |
| Periscope | 2,000,000 | $20 | 1.4% | $905 | ✓ | ✓ | ✓ |
| Sculptor | 2,000,000 | $20 | 1.4% | $925 | ✓ | ✓ | ✓ |
| TPG | 2,000,000 | $20 | 1.4% | $945 | | ✓ | |
| 40 North | 1,500,000 | $15 | 1.1% | $960 | | | ✓ |
| Apollo | 1,500,000 | $15 | 1.1% | $975 | ✓ | ✓ | ✓ |
| Tiger Global | 1,200,000 | $12 | 0.9% | $987 | | | |
| Brahman | 1,000,000 | $10 | 0.7% | $997 | ✓ | ✓ | ✓ |
| Farallon | 1,000,000 | $10 | 0.7% | $1,007 | | | |
| Glazer | 1,000,000 | $10 | 0.7% | $1,017 | ✓ | ✓ | ✓ |
| Longfellow | 1,000,000 | $10 | 0.7% | $1,027 | ✓ | ✓ | ✓ |
| Putnam | 1,000,000 | $10 | 0.7% | $1,037 | | | |
| Toms | 1,000,000 | $10 | 0.7% | $1,047 | | ✓ | ✓ |
| **Total Core Investors** | | **$1,047** | **75.9%** | | | | |

**We maintain a strong relationship with our core investors.**

CHURCHILL CAPITAL

# Churchill Has Access To A Broad PIPE Investor Universe

Certainty

| **Family Office / PE / SWF / PF Investors** | **Recent PIPE Investors** |
|---|---|
| *Off-the-run individuals and companies capable of providing anchor-sized orders* | *Investors familiar with and have a track record of participating in private investments* |

**Top Investors**



**Top Investors**



CHURCHILL CAPITAL

# Lucid PIPE Allocation by Investor

Certainty

## Lucid PIPE investors consisted of Churchill SPAC IPO investors and other blue-chip, long-term holders

| # | Account | | Indication ($mm) | Allocation ($mm) | Current Value ($mm) |
|---|---------|---|---|---|---|
| 1 | BlackRock | ✓ | $400 | $250 | $765 |
| 2 | Fidelity | | 255 | 200 | 612 |
| 3 | Franklin Templeton | | 200 | 200 | 612 |
| 4 | PIF | | 200 | 200 | 612 |
| 5 | Winslow | | 200 | 200 | 612 |
| 6 | ABP / Magnetar | ✓ | 500 | 150 | 459 |
| 7 | Blackstone | ✓ | 250 | 125 | 383 |
| 8 | Neuberger Berman | | 350 | 85 | 260 |
| 9 | Wellington | | 125 | 85 | 260 |
| 10 | Dragoneer | | 200 | 65 | 199 |
| 11 | Citadel | ✓ | 600 | 60 | 184 |
| 12 | PIMCO | | 125 | 60 | 184 |
| 13 | Altimeter | | 150 | 50 | 153 |
| 14 | Softbank Northstar | | 100 | 50 | 153 |
| 15 | Millennium | ✓ | 250 | 50 | 153 |
| 16 | Schonfeld | ✓ | 125 | 35 | 107 |
| 17 | BlueCrest | ✓ | 150 | 30 | 92 |
| 18 | 40North | | 200 | 25 | 77 |
| 19 | Clearlake | | 750 | 25 | 77 |
| 20 | Sculptor | ✓ | 400 | 25 | 77 |
| 21 | Soros | ✓ | 350 | 25 | 77 |
| 22 | AIMCO | ✓ | 50 | 25 | 77 |
| 23 | Access | | 30 | 25 | 77 |
| 24 | Alpine | | 125 | 20 | 61 |
| 25 | Arena | | 100 | 20 | 61 |
| 26 | Balyasny | ✓ | 100 | 20 | 61 |
| 27 | Hudson Bay | | 200 | 20 | 61 |
| 28 | Moore | ✓ | 100 | 20 | 61 |

| # | Account | | Indication ($mm) | Allocation ($mm) | Current Value ($mm) |
|---|---------|---|---|---|---|
| 29 | Soroban | ✓ | $250 | $20 | $61 |
| 30 | Surveyor | | 100 | 20 | $61 |
| 31 | Zimmer | | 300 | 20 | $61 |
| 32 | Alyeska | ✓ | 150 | 20 | $61 |
| 33 | Corsair | | 80 | 20 | $61 |
| 34 | Peak6 | ✓ | 80 | 20 | $61 |
| 35 | Suvretta | | 250 | 20 | $61 |
| 36 | Weiss | ✓ | 250 | 20 | $61 |
| 37 | Whale Rock | | 150 | 20 | $61 |
| 38 | Key Square | | 150 | 15 | $46 |
| 39 | TOMS | ✓ | 100 | 15 | $46 |
| 40 | Willoughby | | 100 | 15 | $46 |
| 41 | MSD | | 25 | 15 | $46 |
| 42 | DE Shaw | | 200 | 10 | $31 |
| 43 | DSAM | | 75 | 10 | $31 |
| 44 | Empyrean | ✓ | 150 | 10 | $31 |
| 45 | HBK | | 100 | 10 | $31 |
| 46 | Oaktree | | 25 | 10 | $31 |
| 47 | Aristeia | ✓ | 200 | 10 | $31 |
| 48 | LH Capital | ✓ | 250 | 10 | $31 |
| 49 | MM Capital | | 100 | 10 | $31 |
| 50 | Naya Capital | | 100 | 10 | $31 |
| 51 | Cramer Rosenthal | | 5 | 5 | $15 |
| 52 | Linden | ✓ | 75 | 5 | $15 |
| 53 | UBS O'Connor | ✓ | 60 | 5 | $15 |
| 54 | Diameter | | 100 | 5 | $15 |
| 55 | Longfellow | ✓ | 7 | 3 | $9 |
| 56 | BCP II | | 2 | 2 | $6 |

Source: Citi and Bloomberg. Current value based on CCIV closing price on 11/8/21.

26

✓ *Churchill Capital VII top 50 shareholder*

CHURCHILL CAPITAL

# Churchill's Extensive Marketing Plan For BYJU's

**Certainty**

A merger with Churchill enables BYJU's to tell its story on its own terms through an extended timeframe with greater flexibility on disclosure.

### Announcement

- **Several opportunities to interact with key investors,** including post-announcement call and one-one-one investor meetings

- Target can hold **initial core and investor reach out** and receive feedback before announcement

- Ability to **provide investors with substantial information** from onset through announcement deck and press releases

### Proxy & Official Roadshow

- After its initial proxy filing, a target can **continue marketing and refine messaging** using feedback from initial investors meetings

- **Analyst day and multi-week roadshow** enable a target to blanket the investor community in the U.S. and abroad

  – Research analysts can write on the company immediately

- Because the company is already public, **Churchill can present pro forma financials and projections**

### Final Marketing

- Opportunity to **market from filing of final proxy up to the shareholder vote and bell-ringing**

- **NYSE is fully engaged** with the company

  – Churchill is the only company to ring the bell twice in the same quarter in the NYSE history

**CHURCHILL** CAPITAL

# Illustrative Timeline to Merger Announcement

*Timeline subject to audits and certain regulatory approvals*

## Transaction timeline to be discussed – potential ability to accelerate announcement depending on status of audits and transaction structure elements

| | Relevant Parties | Week: 1 | 2 | 3 | 4 | 5 (*PIPE Launch*) | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Churchill Preparation** | | | | | | | | | | | |
| Execute LOI with BYJU's | BYJU's / CC / IB / LC | ● | | | | | | | | | |
| Draft Legal Documentation for Combination | BYJU's / CC / LC | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Execute Legal Documentation for Combination | BYJU's / CC / LC | | | | | | | | | | ● |
| **Churchill Diligence & Preparation** | | | | | | | | | | | |
| Org Meeting/Kick-off | BYJU's / CC / IB / LC | ● | | | | | | | | | |
| Confirmatory Due Diligence (Post-LOI) | BYJU's / CC / IB | ■ | ■ | ■ | ■ | ■ | ■ | | | | |
| 3rd Party DD (Legal, Accounting, IT/Cyber, HR, Tax) | BYJU's / CC / LC | | ■ | ■ | ■ | ■ | ■ | | | | |
| **PIPE Process** | | | | | | | | | | | |
| Prepare PIPE Marketing Material | BYJU's / IB / CC | | | | ■ | ■ | ■ | | | | |
| Begin PIPE Process | BYJU's / IB / CC | | | | | ● | | | | | |
| Wall Cross Investors | BYJU's / IB / CC | | | | | ■ | ■ | | | | |
| Early-look PIPE | BYJU's / IB / CC | | | | | ■ | ■ | | | | |
| Launch PIPE Roadshow | BYJU's / IB / CC | | | | | | ● | | | | |
| Management Presentations | BYJU's / IB / CC | | | | | | ■ | ■ | ■ | ■ | |
| Prepare Subscription Agreements | BYJU's / CC / LC | | | | | | ■ | ■ | ■ | ■ | |
| Receive & Finalize Subscription Agreements | BYJU's / IB | | | | | | | | | ■ | ■ |
| Execute Legal Documentation for PIPE | BYJU's / LC | | | | | | | | | | ● |
| **Audit, Legal, and Transaction Announcement** | | | | | | | | | | | |
| Begin Audit (PCAOB) | BYJU's / A | ● | | | | | | | | | |
| Prepare BYJU's Financials (PCAOB) | BYJU's / A | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Prepare and Draft 8-K Announcing Merger | BYJU's / CC / LC | | | | | | ■ | ■ | ■ | ■ | ■ |
| Prepare IR/PR Strategy | BYJU's / CC / IR | | | | | | | | ■ | ■ | ■ |
| File 8-K and Announce Merger | BYJU's / CC / LC | | | | | | | | | | ● |
| Launch IR/PR Process | BYJU's / CC / LC | | | | | | | | | | ● |

***PIPE process can be flexed based on audit timing***

**Label Key**

| | | | | | |
|---|---|---|---|---|---|
| **BYJU's** | BYJU's | **CC** | Churchill | **LC** | Legal |
| **IB** | Banks | **A** | Auditors | **IR** | IR/PR Firm |

CHURCHILL CAPITAL

# Appendix A - Valuation Support for BYJU's

# BYJU's Public Comparable Company Universe

| Category | Peers | Considerations | FY22 FV/Revenue | FY23 FV/Revenue | FY21 – FY23 Revenue Growth | FY23 EBITDA Margin |
|---|---|---|---|---|---|---|
| NA/EU EdTech | **High-Growth EdTech (Growth >25%)** duolingo, Kahoot!, docebo, nerdy, coursera, Chegg, PowerSchool, INSTRUCTURE | ▲ Core public EdTech businesses investors look to<br>▲ Focus on disruption of current education system<br>▼ Higher growth comps receive premium multiples but are much less profitable<br>▼ Mix of sub-scale and mid-scale players<br>▼ Smaller TAMs and reach – lower growth at smaller scale | 10.8x | 9.4x | 32.2% | 28.7% |
| Category-Leading D2C Apps | NETFLIX, DOORDASH, airbnb, matchgroup, bumble | ▲ D2C digitally focused vertical business models<br>▲ Highly-rated UX, customer experience and strong brand awareness<br>▲ Strong growth at scale<br>▲ Freemium model with path to monetization<br>▼ Not EdTech or K12 focused<br>▼ Larger scale / different customer lifecycles | 14.3x | 11.6x | 26.0% | 25.2% |
| Scaled Category Leading Growth Software | shopify, Veeva, AUTODESK, servicenow, Adobe, salesforce | ▲ Market leaders with sizeable TAMs + long runway for growth<br>▲ Growth at scale, with strong margins or clear path to profitably<br>▲ Attractive unit economics and strong stickiness help drive premium multiples<br>▼ B2B focused business<br>▼ Larger scale; mix of horizontal and vertically focused | 21.0x | 17.5x | 20.7% | 35.6% |

30

Source: FactSet as of 11/8/21.
Note: Median shown for each peer set.

# Robust Valuations Make Now An Optimal Window To IPO

Multiples across BYJU's key comparables have expanded as investors have gained more appreciation for the power of their business models, making now an opportune time for BYJU's to the enter public markets

## TEV / NTM Revenue
(Last Three Years)

| | Current | Start | 3Y Avg |
|---|---|---|---|
| NA/EU EdTech | 10.6x | 7.7x | 11.0x |
| Category-Leading D2C Apps | 12.5x | 7.1x | 9.4x |
| Category-Leading Growth Software | 18.3x | 9.8x | 13.9x |



Legend: NA/EU EdTech — Category-Leading D2C Apps — Category-Leading Growth Software

Source: FactSet as of 11/8/21.

31

CHURCHILL CAPITAL

# Relevant Public Comparable Companies Operating Metrics

BYJU's scale, growth, and profitability leave no perfect comp. Investors will look to a mix of EdTech and category-leading names where growth is the most important factor in determining what garners a premium (~15x+) '22E revenue multiple

*(Calendarized for Fiscal Year End 3/31, $ in mm, except for per share amounts)*

| Company | Equity Value & TEV Build | | | | | | Financial Metrics | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price | | Equity | | | | Revenue | | | | Adj. EBITDA | | |
| | 11/8/2021 | FDSO | Value | Debt | Cash | TEV | FY 3/21A | FY 3/22E | FY 3/23E | FY 3/24E | FY 3/21A | FY 3/22E | FY 3/23E |
| **BYJU's** | na | na | na | - | - | **$45,000** | **$964** | **$1,816** | **$3,006** | **$4,290** | **($63)** | **$237** | **$718** |
| | | | | | | | Differentiated Top Line Growth | | | | Differentiated Profitability | | |
| **NA/EU EdTech** | | | | | | | | | | | | | |
| Duolingo | 155.35 | 45 | 6,998 | 8 | 469 | 6,719 | 181 | 258 | 330 | 420 | (13) | (9) | 2 |
| Coursera | 33.67 | 164 | 5,517 | 25 | 750 | 4,792 | 323 | 437 | 543 | 669 | (51) | (35) | (35) |
| Docebo | 74.45 | 34 | 2,544 | 0 | 215 | 2,329 | 76 | 112 | 154 | 209 | (5) | (6) | 2 |
| Kahoot | 5.40 | 495 | 2,671 | - | 446 | 2,226 | 49 | 113 | 185 | 240 | (8) | 27 | 62 |
| Nerdy | 8.09 | 162 | 1,313 | - | 1 | 1,311 | 116 | 159 | 216 | 295 | (2) | (6) | 1 |
| Powerschool | 25.65 | 202 | 5,189 | 837 | 31 | 5,995 | 462 | 560 | 623 | na | 128 | 157 | 179 |
| Chegg | 30.78 | 150 | 4,628 | 1,677 | 1,752 | 4,553 | 674 | 780 | 867 | 1,059 | 156 | 262 | 297 |
| Instructure | 26.44 | 139 | 3,662 | 550 | 90 | 4,122 | 326 | 409 | 454 | na | 26 | 137 | 159 |
| **Category-Leading D2C Apps** | | | | | | | | | | | | | |
| Netflix | 651.45 | 456 | 296,952 | 15,493 | 7,527 | 304,919 | 26,172 | 30,804 | 35,438 | 40,653 | 5,513 | 7,124 | 8,927 |
| Airbnb | 200.32 | 708 | 141,902 | 1,991 | 7,443 | 136,450 | 4,014 | 6,261 | 7,693 | 9,481 | (2,106) | 1,589 | 1,935 |
| Doordash | 193.15 | 390 | 75,299 | - | 4,668 | 70,631 | 3,340 | 4,955 | 6,109 | 7,668 | (92) | 328 | 558 |
| Match Group | 155.91 | 293 | 45,749 | 3,846 | 523 | 49,080 | 2,542 | 3,153 | 3,779 | 4,458 | 862 | 1,127 | 1,381 |
| Bumble | 52.25 | 192 | 10,044 | 624 | 252 | 11,424 | 627 | 806 | 995 | 1,195 | 109 | 211 | 266 |
| **Scaled Category Leading Growth Software** | | | | | | | | | | | | | |
| Salesforce | 309.96 | 1,026 | 318,051 | 11,928 | 9,650 | 320,329 | 22,407 | 27,225 | 32,681 | 38,375 | 4,307 | 8,016 | 9,443 |
| Adobe | 666.02 | 483 | 321,821 | 4,122 | 6,164 | 319,779 | 13,636 | 16,555 | 19,039 | na | 5,770 | 8,352 | 9,433 |
| Shopify | 1,533.77 | 127 | 195,537 | 910 | 7,519 | 188,929 | 3,343 | 4,956 | 6,564 | 8,723 | 345 | 785 | 867 |
| ServiceNow | 692.28 | 207 | 143,465 | 1,577 | 3,037 | 141,977 | 4,860 | 6,258 | 7,824 | 9,618 | 1,000 | 2,036 | 2,481 |
| Autodesk | 329.07 | 225 | 74,116 | 1,638 | 925 | 74,830 | 3,923 | 4,519 | 5,307 | 6,054 | 925 | 1,552 | 2,095 |
| Veeva | 320.45 | 164 | 52,587 | - | 2,264 | 50,323 | 1,549 | 1,889 | 2,251 | na | 499 | 774 | 910 |

Note: "FY" for BYJU's and comps pertains to FYE March. Assumes INR/USD = 73. EBITDA excludes product development cost.
Source: Management forecast. FactSet as of 11/8/21.

**CHURCHILL CAPITAL**

# Relevant Public Comparable Companies Trading Metrics

BYJU's scale, growth, and profitability leave no perfect comp. Investors will look to a mix of EdTech and category-leading names where growth is the most important factor in determining what garners a premium (~15x+) '22E revenue multiple

*(Calendarized for Fiscal Year End 3/31, $ in mm, except for per share amounts)*

| Company | Net Leverage | Dividend Yield | Additional Statistics | | | | Trading Multiples | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Revenue CAGR | | EBITDA Margins | | TEV / Revenue | | | | TEV / Adj. EBITDA | | |
| | | | '18A - '20A | '21E - '23E | FY 3/22E | FY 3/23E | FY 3/21A | FY 3/22E | FY 3/23E | FY 3/24E | FY 3/21A | FY 3/22E | FY 3/23E |
| **BYJU's** | **na** | **na** | **na** | **76.6%** | **13.0%** | **23.9%** | **46.7x** | **24.8x** | **15.0x** | **10.5x** | **nm** | **nm** | **nm** |
| | | | | | | | | | Differentiated Valuation | | | | |
| **NA/EU EdTech** | | | | | | | | | | | | | |
| Duolingo | nm | nm | nm | 34.8% | nm | 0.5% | 37.0x | 26.1x | 20.4x | 16.0x | nm | nm | nm |
| Coursera | nm | nm | nm | 29.7% | nm | nm | 14.8x | 11.0x | 8.8x | 7.2x | nm | nm | nm |
| Docebo | nm | nm | 56.5% | 41.8% | nm | 1.5% | 30.5x | 20.7x | 15.1x | 11.2x | nm | nm | nm |
| Kahoot | nm | - | nm | 94.5% | 23.6% | 33.7% | 45.4x | 19.7x | 12.0x | 9.3x | nm | nm | 35.6x |
| Nerdy | 0.2x | nm | nm | 36.5% | nm | 0.3% | 11.3x | 8.2x | 6.1x | 4.4x | nm | nm | nm |
| Powerschool | nm | nm | nm | 16.1% | 28.0% | 28.7% | 13.0x | 10.7x | 9.6x | nm | 46.7x | 38.2x | 33.5x |
| Chegg | (0.3x) | nm | 31.5% | 13.4% | 33.5% | 34.2% | 6.8x | 5.8x | 5.3x | 4.3x | 29.2x | 17.4x | 15.3x |
| Instructure | nm | nm | nm | 18.0% | 33.4% | 35.1% | 12.7x | 10.1x | 9.1x | nm | nm | 30.2x | 25.9x |
| **High-Growth EdTech Median**[1] | **0.2x** | **-** | **56.5%** | **36.5%** | **23.6%** | **1.0%** | **30.5x** | **19.7x** | **12.0x** | **9.3x** | **na** | **na** | **35.6x** |
| **Total EdTech Median** | **(0.1x)** | **-** | **44.0%** | **32.2%** | **30.7%** | **28.7%** | **13.9x** | **10.8x** | **9.4x** | **8.2x** | **38.0x** | **30.2x** | **29.7x** |
| | | | | | | | | | | | | | |
| **Category-Leading D2C Apps** | | | | | | | | | | | | | |
| Netflix | 1.2x | - | 29.6% | 16.4% | 23.1% | 25.2% | 11.7x | 9.9x | 8.6x | 7.5x | nm | 42.8x | 34.2x |
| Airbnb | (4.3x) | - | 25.3% | 38.4% | 25.4% | 25.1% | 34.0x | 21.8x | 17.7x | 14.4x | nm | nm | nm |
| Doordash | nm | - | nm | 35.2% | 6.6% | 9.1% | 21.1x | 14.3x | 11.6x | 9.2x | nm | nm | nm |
| Match Group | 3.2x | - | nm | 21.9% | 35.8% | 36.6% | 19.3x | 15.6x | 13.0x | 11.0x | nm | 43.5x | 35.5x |
| Bumble | 1.9x | nm | nm | 26.0% | 26.1% | 26.7% | 18.2x | 14.2x | 11.5x | 9.6x | nm | nm | 42.9x |
| **Category-Leading D2C Apps Median** | **1.6x** | **-** | **27.4%** | **26.0%** | **25.4%** | **25.2%** | **19.3x** | **14.3x** | **11.6x** | **9.6x** | **na** | **43.2x** | **35.5x** |
| | | | | | | | | | | | | | |
| **Scaled Category Leading Growth Software** | | | | | | | | | | | | | |
| Salesforce | 0.3x | - | 27.1% | 20.8% | 29.4% | 28.9% | 14.3x | 11.8x | 9.8x | 8.3x | nm | 40.0x | 33.9x |
| Adobe | (0.3x) | - | 22.6% | 18.2% | 50.4% | 49.5% | 23.5x | 19.3x | 16.8x | nm | nm | 38.3x | 33.9x |
| Shopify | (9.0x) | - | 57.4% | 40.1% | 15.8% | 13.2% | 56.5x | 38.1x | 28.8x | 21.7x | nm | nm | nm |
| ServiceNow | (0.8x) | - | 33.5% | 26.9% | 32.5% | 31.7% | 29.2x | 22.7x | 18.1x | 14.8x | nm | nm | nm |
| Autodesk | 0.5x | - | 24.7% | 16.3% | 34.3% | 39.5% | 19.1x | 16.6x | 14.1x | 12.4x | nm | 48.2x | 35.7x |
| Veeva | (3.1x) | - | 27.6% | 20.5% | 40.9% | 40.4% | 32.5x | 26.6x | 22.4x | nm | nm | nm | nm |
| **Scaled Category Leading Growth SW Median** | **(0.5x)** | **-** | **27.4%** | **20.7%** | **33.4%** | **35.6%** | **26.3x** | **21.0x** | **17.5x** | **13.6x** | **na** | **40.0x** | **33.9x** |

Note: "FY" for BYJU's and comps pertains to FYE March. Assumes INR/USD = 73. EBITDA excludes product development cost.
Source: Management forecast. FactSet as of 11/8/21.
(1) Includes Duolingo, Kahoot, Docebo, Coursera, and Nerdy due to '21E – '23E Revenue CAGR being greater than 25.0%.

33

**CHURCHILL CAPITAL**

# Appendix B - Churchill Capital Supplemental Materials

CHURCHILL CAPITAL

# Churchill Capital Public Equity Vehicle Portfolio

Churchill's unrivaled track record in announcing and closing not only the largest, but also the most complex transactions separates our firm from other sources of capital

## Closed Transactions

**CHURCHILL** CAPITAL

$690M



$4.2B / $21.1B

Transaction Value / Current EV

Closed May 2019

---

**CHURCHILL** CAPITAL II

$690M

 

*(Enterprise EdTech Company)*

$1.7B / $2.1B

Transaction Value / Current EV

Closed June 2021

---

**CHURCHILL** CAPITAL III

$1.1B



$11.1B / $7.6B

Transaction Value / Current EV

Closed October 2020

---

**CHURCHILL** CAPITAL IV

$2.07B



$11.75B / $72.3B

Transaction Value / Current EV

Closed July 2021

## Active Public Equity Vehicles

**CHURCHILL** CAPITAL V

$500M

Founded December 2020

---

**CHURCHILL** CAPITAL VI

$552M

Founded February 2021

---

**CHURCHILL** CAPITAL VII

$1.38B

Founded February 2021

---

**AltC**

$500M

Founded July 2021

---

Churchill's portfolio of public equity vehicles are tailored for each target's needs in order to maximize value and provide the optimal amount of capital for long-term growth

Source: FactSet. Market data as of 11/8/21.

**CHURCHILL** CAPITAL

# Skillsoft + Global Knowledge

## Return On Investment



### Prosus Co-Investment

- **Prosus**, a global consumer internet group and **one of the largest technology investors in the world**, subscribed to purchase **$500 million of common equity** in connection with the transactions, subject to the satisfaction of closing conditions that include CFIUS approval

  – Investments in Udemy, Codecademy, SoloLearn, Brainly, Eruditus, and Byju's

## Overview

- On October 13, 2020, Churchill Capital Corp II announced an agreement to merge with Skillsoft in a **$1.3 billion transaction** and has agreed, following the completion of the merger, to **acquire Global Knowledge Training LLC for $233 million**

  – Identified **Jeff Tarr**, former President & COO of IHS, as the **CEO of combined companies**

  – **The combination of Skillsoft and Global Knowledge will create the world's leading digital learning company** with a comprehensive suite of content; customized learning journeys; accessible modalities, and an expanded course portfolio of next-generation, on-demand and virtual content for enterprise learning

  – Significant cash infusion from Churchill to **transform Skillsoft and support the combined company's growth and consolidation strategy**

- **First transaction in the SPAC market to utilize the reorganization process** to drive value for shareholders

- Delivered on IPO promise to mirror Churchill I and acquire a **high-quality asset at a compelling valuation in a fast-growing market segment at an attractive valuation**

  – skillsoft vs PLURALSIGHT CY22 Revenue: **2.2x vs 5.2x**[4]

  – skillsoft vs PLURALSIGHT CY22 LFCF: **5.6x vs 74.4x**[4]

- Similar to prior Churchill transactions, **structure aligned with shareholders through vesting thresholds on founder shares**

- Pluralsight announced $3.5B acquisition by Vista **confirms thesis and credentializes values**

Source: FactSet. Market data as of 11/8/21.
Information regarding the Skillsoft transaction is for demonstrative purposes only. For additional important information regarding the Skillsoft transaction, see CCX SEC filings.
(1) Based on Share Price (CCXX). (2) Based on the value of 1/3 Warrant. (3) High share price as of 11/8/2021. (4) Market data as of 11/10/20. Based on acquisition values of Skillsoft and Global Knowledge. Skillsoft multiples based on midpoint of FYE 1/31/23E range. Skillsoft LFCF assumes ~70% conversion.

**CHURCHILL** CAPITAL

# Deep Bench To Support BYJU's Public Company Journey

## All Operating Partners can be called upon for expertise and delivering additional insights

### Sam Altman

Execution: OpenAI, Y
Board: Reddit, Expedia, OKLO, Helion Energy

### Sir Martin Broughton

Execution: British Airways, British American Tobacco, IAG, Liverpool
Board: CBI, BHA

### Helena Foulkes

Execution: HBC, CVS
Board: NBER, Harvard, The Home Depot, H'

### Frances Frei

Execution: Harvard, Uber
Board: Blue, Primary, viewpost, ethena

### Paul Galant

Execution: Verifone, citi, McKinsey & Company
Board: Verifone, vivint. SmartHome, CONDUENT

### Joe Ianniello

Execution: CBS, VIACOMCBS
Board: SHOWTIME, CBS OUTDOOR, Entercom

### Sir Jony Ive

Unique Product / Marketing: Apple

### Peggy Johnson

Execution: Microsoft, magic leap, Qualcomm
Board: BlackRock, Huntington's Disease Society of America

### Imran Khan

Execution: Snapchat, VERISHOP, J.P.Morgan
JP Morgan 2nd ranked internet analyst

### Andrew Liveris

Execution: Dow, DuPont
Board: IBM, Saudi Aramco, Worley

### Alan Mullaly

Execution: Ford, Boeing
Board: AIA, Google

### Jorma Ollila

Execution: NOKIA, Shell
Board: P W P, World Business Council for Sustainable Development, Ford

### Richard Parsons

Execution: TimeWarner, citi
Board: CBS, Estée Lauder Companies, MSG, Lazard

### Charles Phillips

Execution: infor, ORACLE, Morgan Stanley
Board: American Express, COMPASS, VIACOMCBS

### Fred Rosen

Execution: ticketmaster, outbox
Board: WILLSCOT, King World, Cedars Sinai

### Jim Scully

Execution: J.Jill, J.Crew, AVON, SAKS
Board: J.Jill, bhcosmetics

### John Thornton

Execution: Goldman Sachs, BARRICK
Board: PineBridge, News Corp, Ford, HSBC, intel, ICBC

### Bill Veghte

Execution: hp, Microsoft, SurveyMonkey
Board: turbonomic, AppAssure, xero, EMBROKER

### Cyma Zarghami

Execution: nickelodeon, viacom
Board: CMOM Children's Museum of Manhattan

CHURCHILL CAPITAL

# Churchill Operating Partner Value-Add For BYJU's

Churchill has a unique set of operating partners that can be called upon to help turbo-drive BYJU's penetration in the global education market, enter complementary markets, and help with product strategy or design.

| AI & Modern Tech Expert | Global Platform Builder | Children's Programming Expert |
|---|---|---|



**Sam Altman**
CEO OpenAI, Former President
Y Combinator

Executive & Board Experience

  

- Former president of Y Combinator from 2014-2019
- Current co-founder and CEO of OpenAI

*Credentialize superior technology*

**Unique Perspectives for BYJU's**

✓ Significant experience with AI and AI enabled content localization



**Bill Veghte**
Former COO
Hewlett Packard & Head of Windows

Executive & Board Experience

    

- Led and grew Windows division at Microsoft
- Led the effort to split HP Inc. from Hewlett Packard Enterprise

*Credentialize global penetration*

**Unique Perspectives for BYJU's**

✓ Experience building one of the world's largest and most widely used SW products



**Cyma Zargami**
Former President
Nickelodeon Networks

Executive & Board Experience

 

- A founder of Nickelodeon; Instrumental role in growing Nickelodeon into one of the world's most widely distributed kid's programming channel

*Credentialize approach to K-12*

**Unique Perspectives for BYJU's**

✓ Significant experience with BJYU's demographic focus

CHURCHILL CAPITAL

# Churchill Operating Partner Value-Add For BYJU's

Churchill has a unique set of operating partners that can be called upon to help turbo-drive BYJU's penetration in the global education market, enter complementary markets, and help with product strategy or design.

## Organizational Change & Higher Ed



**Frances Frei**
Professor, Harvard Business School
Former SVP, Uber

Executive & Board Experience

 Uber

- Professor of Technology and Operations Management at Harvard Business School

*Credentialize organizational strength*

**Unique Perspectives for BYJU's**
✓ Strategic resource allocation in hyper-growth, acquisitive companies

## User Experience Expert



**Imran Khan**
Former CSO
Snap

Executive & Board Experience

 VERISHOP

- Co-founder of Verishop, a new e-commerce company
- As CSO, Snap's annual revenue run rate grew to $1.6bn from $0 in less than 4 years

*Credentialize captive UX / monetization*

**Unique Perspectives for BYJU's**
✓ Former leading internet analyst with deep understanding of technology investors

## Product Design Visionary



**Jony Ive**
Former Chief Design Officer
Apple Inc.

Executive & Board Experience



- Joined Apple in 1992 and served as Chief Design Officer
- Instrumental in Apple products' success as he led the design of the iPod, iPhone and iPad

*Credentialize product design*

**Unique Perspectives for BYJU's**
✓ Experience creating sleek product designs for extraordinary user experiences

CHURCHILL CAPITAL

# Churchill Is Supported By Long-Standing Capital Partners

Churchill has many long-standing relationships with institutional, family-office, and sovereign wealth fund investors committed to our success; they intend to stay invested and add investment in equity and subordinated debt after we merge with a target

| Investor | Description |
|---|---|
| Emerson Collective | Social change organization that uses philanthropy, impact investing, and policy solutions to create change for the media, immigration, and other industries |
| MAGNETAR CAPITAL | Alternative asset manager that invests across the capital structure, focusing on four strategies: Fixed Income, Energy, Quantitative, and Fundamental |
| TIGERGLOBAL | Investment firm focused on public and private companies in the global Internet, software, consumer, and financial technology industries |
| OHA OAK HILL ADVISORS | Leading alternative investment firm with approximately $48bn AUM across credit related investments |
| Thyssen-Bornemisza Group (TBG) | Private investment arm of the Thyssen-Bornemisza family, based in Zurich, Switzerland |
| T.RowePrice | Global investment management firm that offers services for individuals, institutions, and financial intermediaries |
| PIMCO | Global investment management firm focusing on active fixed income management |
| WELLINGTON MANAGEMENT | Private, independent investment management firm that offers comprehensive investment management capabilities that span nearly all segments of the global capital markets |
| ACCESS INDUSTRIES | Multinational industrial group with focus in natural resources & chemicals, media & telecommunications, venture capital, and real estate |
| MSD Capital LP | Private investment firm established in 1998 to manage the assets of Michael Dell and his family, engaging in a broad range of investment activities and has the flexibility to invest in a wide variety of asset classes |
| Fidelity INVESTMENTS | Global investment management firm that manages equity, fixed income and balanced mutual funds, investing in the public equity and fixed income markets globally |
| BRAHMAN CAPITAL CORP | Investment manager that focused on identifying exceptional CEOs who are uniquely shareholder driven |
| Partners Group | Global private markets investment manager, serving around 900 institutional investors by investing in private equity, real estate, infrastructure and debt |
| prosus | Global internet group and one of the largest technology investors in the world |
| SoftBank | Strategic holding company that invests in AI and other transformative technologies for the betterment of humanity |
| SOROS Soros Fund Management | Large family office based in New York founded by George Soros |
| DEShaw&Co | Global investment and technology development firm across public and private markets |

CHURCHILL CAPITAL

# Disclaimer

This presentation has been prepared solely for, and is being delivered on a confidential basis to, persons considering a potential transaction with Churchill Capital Corp V, Churchill Capital Corp VI or Churchill Capital Corp VII (together, the "Company", "we", "us" or "our"). Any reproduction or distribution of this presentation, in whole or in part, or the disclosure of its contents, without the prior consent of the Company is prohibited. By accepting this presentation solely for use during our meeting, each recipient agrees: (i) to maintain the confidentiality of all information that is contained in this presentation and not already in the public domain, and (ii) to use this presentation for the sole purpose of evaluating a potential transaction with the Company. Certain information contained herein has been derived from sources prepared by third parties. While such information is believed to be reliable for the purposes used herein we make no representation or warranty with respect to the accuracy of such information.

This presentation does not purport to contain all of the information that may be required to evaluate a possible transaction. This presentation does not constitute investment, tax or legal advice. No representation or warranty, express or implied, is or will be given by the Company or any of its affiliates, directors, officers, employees or advisers or any other person as to the accuracy or completeness of the information in this presentation (including as to the accuracy or reasonableness of statements, estimates, targets, projections, assumptions or judgments described below) or any other written, oral or other communications transmitted or otherwise made available to any party in the course of its evaluation of a possible transaction, and no responsibility or liability whatsoever is accepted for the accuracy or sufficiency thereof or for any errors, omissions or misstatements, negligent or otherwise, relating thereto. Accordingly, none of the Company or any of its affiliates, directors, officers, employees or advisers or any other person shall be liable for any direct, indirect or consequential loss or damages suffered by any person as a result of relying on any statement in or omission from this presentation and any such liability is expressly disclaimed.

Some of the statements in this presentation constitute forward-looking statements. Forward-looking statements relate to expectations, beliefs, projections, future plans and strategies, anticipated events or trends and similar expressions concerning matters that are not historical facts. Terms such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "should," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Actual events or results may differ materially from those discussed in forward-looking statements as a result of various risks and uncertainties, including:

- general political and economic conditions;
- our status as a development stage company;
- our status as an emerging growth company;
- our selection of a prospective target business;
- our ability to consummate a business combination due to our limited resources;
- significant competition for business combination opportunities;
- our dependence on our key personnel;
- conflicts of interest of our officers and directors;
- market risks, regulatory risks and operational risks; and
- past results may not be indicative of future performance.

This presentation shall not constitute an offer to sell or the solicitation of an offer to buy any securities of the Company, nor shall there be any sale of any securities of the Company in any state or jurisdiction, domestic or foreign, in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

Information contained herein with respect to the experiences of our management, M. Klein and Company and M. Klein and Company's Operating Partners, past performance is not a guarantee (i) that we will be able to identify a suitable candidate for our initial business combination or (ii) of success with respect to any business combination we may consummate. You should not rely on the historical record of our management's, M. Klein and Company's or M. Klein and Company's Operating Partners' performance, including without limitation the performance of Churchill Capital I, Churchill Capital II, Churchill Capital III or Churchill Capital Corp IV, as indicative of our future performance.

**CHURCHILL** CAPITAL