**EXHIBIT A**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br><br>Plaintiff,<br><br>GLAS TRUST COMPANY, LLC,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>CAMSHAFT CAPITAL FUND, LP, CAMSHAFT CAPITAL ADVISORS, LLC, CAMSHAFT CAPITAL MANAGEMENT, LLC, INSPILEARN LLC, and RIJU RAVINDRAN,<br><br>Defendants. | Adv. Pro. No. 24-50013 (BLS)<br><br>**Re: Adv. D.I. \_\_\_** |

### ORDER ON MOTION TO RECONSIDER AND AMEND JUDGMENT

Upon the motion (the "Motion")[1] for entry of an order (this "Order") reconsidering and amending the Judgment Order, dated March 14, 2025 (the "March 14 Judgment"); and the Court having considered the Motion and any objections thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

1

and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The March 14 Judgment is amended as follows:

    A. The provisions in Paragraphs 2 (third sentence), 3 (third sentence), 4 (third sentence), and 6 (third sentence) relating to damages and pre-judgment interest are stricken and will be revised in a subsequent order of the Court; and

    B. Paragraph 7 is stricken in its entirety.

3. The parties will confer on a briefing schedule and evidentiary hearing date on the issues of damages and pre-judgment interest.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.