# Exhibit D

**quinn emanuel** trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

April 17, 2025

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  04/22/2025
> This case was reassigned to me on April 21, 2025, and I am in receipt of Respondents' letters dated April 17, 2025 and April 18, 2025. (See Docs. 9, 11.)
>
> The parties' proposed briefing schedule is adopted as set forth below.
>
> The Court will consider any transfer motion in due course.

VIA ECF

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl St., Courtroom 12B
New York, NY 10007

Re:   *In re Subpoenas Served on Bank of America, N.A., Barclays Bank PLC, Bank of New York Mellon, Citibank, N.A., Commerzbank AG, Deutsche Bank Trust Company Americas, HSBC Bank USA, N.A., JP Morgan Chase, N.A., PNC Bank, N.A., Standard Chartered PLC, UBS AG, Stamford Branch, U.S. Bank, and Wells Fargo Bank, N.A.*, Case No. 1:25-mc-00158 (JHR)

Dear Judge Rearden:

I write on behalf of BYJU's Alpha, Inc. to propose a briefing schedule for the Motion for a Protective Order Quashing BYJU's Alpha, Inc.'s Non-Party Subpoenas (the "**Motion**"). I have been in contact with Pieter Van Tol of Van Tol Law PLLC, counsel for the Applicants, Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, Camshaft Capital Management, LLC, and Riju Ravindran and it has been agreed that <u>BYJU's Alpha, Inc. will submit its response to the Motion on April 23, 2025 and Applicants will submit a reply on April 30, 2025.</u>

We respectfully request that Your Honor approve this briefing schedule.

In addition, Your Honor should be aware that BYJU's Alpha, Inc. intends to move to transfer the Motion to the United States Bankruptcy Court for the District of Delaware. A briefing schedule for that motion will be proposed shortly after its filing.

quinn emanuel urquhart & sullivan, llp
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Respectfully submitted,

*/s/ Debra L. O'Gorman*
Debra L. O'Gorman

2