# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC.,[1] | ) Chapter 11 |
| | ) |
|                Debtor. | ) Case No. 24-10140 (BLS) |
| | ) |
| BYJU'S ALPHA, INC., | ) |
|                Plaintiff, | ) |
| | ) |
|              v. | ) Adv. Pro. Case No. 24-50013 (BLS) |
| | ) |
| CAMSHAFT CAPITAL FUND, LP, | ) |
| CAMSHAFT CAPITAL ADVISORS, LLC, | ) |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) |
| RIJU RAVINDRAN, INSPILEARN LLC, and | ) |
| THINK AND LEARN PRIVATE LIMITED, | ) |
| | ) |
|              Defendants. | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 15, 2025 AT 10:00 A.M. (ET)

> This proceeding will be via Zoom.
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool.

RESOLVED MATTER:

1. Motion of Debtor for Entry of an Order Authorizing Timothy R. Pohl to Act as Foreign Representative Pursuant to 11 U.S.C. § 1505 [D.I. 413, 6/20/25]

    Response Deadline:    July 7, 2025 at 4:00 p.m. (ET)

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

33353613.2

Responses Filed:   None.

Related Documents:

A.   Certificate of No Objection [D.I. 433, 7/8/25]

B.   Order Authorizing Timothy R. Pohl to Act as Foreign Representative Pursuant to 11 U.S.C. § 1505 [D.I. 434, 7/8/25]

Status: The order has been entered.  No hearing is necessary.

MATTER GOING FORWARD

(Adv. No. 24-50013)

2.   Debtors' Motion to Amend Confidentiality Agreement and Protective Order [D.I. 462, (sealed), D.I. 464 (redacted), 6/18/15]

Responses:

A.   Defendants' Objection to Debtor's Motion to Amend Confidentiality Agreement and Protective Order [D.I. 480, 7/6/25]

Related Documents:

B.   Declaration of Dennis Hranitzky [D.I. 463 (sealed), D.I. 465 (redacted), 6/18/25]

Status: This matter is going forward.  The Debtor will file its reply in support of the Motion on July 11, 2025.

Dated: July 11, 2025
Wilmington, Delaware       **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
Timothy R. Powell (Del. No. 6894)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com
tpowell@ycst.com

-and-

33353613.2

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
Jordan M. Nakdimon (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com
jordannakdimon@quinnemanuel.com

Counsel for Plaintiff-Debtor, BYJU's Alpha, Inc.