# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| BYJU'S ALPHA, INC.,[1] ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 24-10140 (BLS) |
| ) | |
| ———————————————— ) | |
| ) | |
| BYJU'S ALPHA, INC., ) | Adv. Pro. No. 24-50013 (BLS) |
| Plaintiff, ) | |
| ) | |
| GLAS TRUST COMPANY LLC, ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| v. ) | |
| ) | |
| CAMSHAFT CAPITAL FUND, LP, ) | |
| CAMSHAFT CAPITAL ADVISORS, LLC, ) | |
| CAMSHAFT CAPITAL MANAGEMENT, LLC, ) | |
| RIJU RAVINDRAN, INSPILEARN LLC, and ) | |
| THINK AND LEARN PRIVATE LIMITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL RIJU RAVINDRAN'S PARTICIPATION IN POST-JUDGMENT DISCOVERY

Upon consideration of the Debtor-Plaintiff BYJU's Alpha, Inc.'s and the Intervenor-Plaintiff GLAS Trust Company LLC's *Motion to Compel Riju Ravindran's Participation in Post-Judgment Discovery* (the "Motion") against Defendant Riju Ravindran ("Ravindran") and the Declaration of Debra D. O'Gorman, dated July 3, 2025, along with the exhibits attached thereto, and any responses or replies filed or argument heard in connection therewith; and the Court having

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the Court hereby **ORDERS** that the Motion is **GRANTED** as set forth below:

1. Ravindran shall: (i) serve amended written responses to the Discovery Requests[1] within seven business days of entry of the Court's order granting this Motion; (ii) produce any documents or other materials in his possession, custody, or control responsive to the Discovery Requests within ten business days of entry of the Court's order granting this Motion; and (iii) within twenty-one business days of entry of the Court's order granting this Motion appear for the conclusion of his deposition.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: August 6th, 2025**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized words undefined have the meaning ascribed to them in the Motion.