

**PACHULSKI STANG ZIEHL & JONES**

Peter Keane



March 27, 2024

302.652.4100
PKeane@pszjlaw.com

RECEIVED / FILED

MAR 2 5 2024

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**LOS ANGELES**

10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**

780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**

919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON** .

700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**

ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

**Via Hand Delivery**

Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

      Re:    **Yellow Corporation**
            **Case No. 23-11069 (CTG)**

Dear Clerk of the Court:

Enclosed for filing with the Court is an informal response relating to Docket No. 2577 *Debtors' Fourth Omnibus (Substantive) Objection to Proofs of Claim for WARN Liability* in the above-referenced case.



Benjamin Hales

Please contact me if you have any questions.

            Very truly yours,

            */s/ Peter J. Keane*

            Peter J. Keane

PJK:pec
Enclosure

4858-2088-8754.1 96859.001

WWW.PSZJLAW.COM

To the office of the Clerk of the

United States Bankruptcy Court for

the District of Delaware, 824 N

Market st, 3rd Floor, Wilmington, DE

19801.

    In response to Debtors YELLOW

Corparation    Case No. 23-11069 (CTG)

    My name is Benjamin Hales
(claimant) is writing in response to
a Claim amout of 8,190.00 that should
not be disallowed, that for reasons
set forth are allowed to me.

Yellow Corpartion was my employer
for 9 years, I'm owed this amount
for being out of work because the
Company shutting down operations.

Thank You

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

## Yellow Corporation Case No. 23-11069 (CTG)
### Fourth Omnibus Claims Objection
### Schedule 1 - Union Employees

| Item #Name/Address of Claimant | Claim # | Date Filed | Debtor/Case # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 1  HALES, BENJAMIN | 4156 | 11/6/2023 | YELLOW CORPORATION 23-11069 | - (S)<br>- (A)<br>- (B)<br>$8,190.00 (P)<br>- (U)<br>$8,190.00 (T) | LIABILITIES ASSERTED IN CLAIM THAT ARE RELATED TO WARN ARE BEING EXPUNGED PER THIS OBJECTION. ALL NON-WARN LIABILITIES ASSERTED IN CLAIM ARE NOT AFFECTED BY THIS OBJECTION. |
| Total | 1 Claim | | | - (S)<br>- (A)<br>- (B)<br>$8,190.00 (P)<br>- (U)<br>$8,190.00 (T) | |

*Indicates claim contains unliquidated and/or undetermined amounts